**ATTACHMENT 1** - 3

CAUSE NO. 08-0023

| | | |
|---|---|---|
| CLARA PATTON, IND. AND ON | § | IN THE DISTRICT COURT OF |
| BEHALF OF THE ESTATE OF LAURA | § | |
| PATTON, DECEASED; KIMBERLY | § | |
| GRAHAM, IND. AND ON BEHALF OF | § | |
| THE ESTATES OF DESTINY GRAHAM, | § | |
| DECEASED, AND DA'MARCUS KING, | § | |
| DECEASED; LAUMARKO KING; | § | |
| DESHAWN BROWN AND CASSANDRA | § | |
| BROWN, IND. AND ON BEHALF OF | § | |
| THE ESTATE OF NATHANIAL BROWN, | § | |
| DECEASED, AND AS NEXT FRIEND | § | |
| FOR JOHN "C.J." BROWN, A MINOR; | § | |
| JAMES DAVISON, JR. AND DEBBIE | § | |
| ROCKWELL, IND. AND ON BEHALF OF | § | |
| THE ESTATE OF TESHAREME | § | |
| DAVISON, DECEASED | § | |
| | § | |
|      Plaintiffs, | § | |
| | § | |
| VS. | § | HARRISON COUNTY, TEXAS |
| | § | |
| INVACARE CORPORATION, PRAXAIR | § | |
| HEALTHCARE SERVICES, INC., KIDDE | § | |
| FYRNETICS, INC., SPIRIT HOMES, | § | |
| INC., SPIRIT HOMES, INC., A DIVISION | § | |
| OF CAVALIER ENTERPRISES, INC., | § | |
| CAVALIER ENTERPRISES, INC., | § | |
| CAVALIER HOME BUILDERS, L.L.C. | § | |
| F/K/A CAVALIER HOMES OF | § | |
| ALABAMA, INC. AND PATRICIA B. | § | |
| GRIFFIN D/B/A DISCOUNT HOMES, | § | |
| INC. | § | |
| | § | |
|      Defendants. | § | 71ST JUDICIAL DISTRICT |

## NOTICE OF CONSENT

208789 1  00676/0030

Praxair Healthcare Services, Inc. joins in and consents to Invacare Corporation's Notice of Removal, and the removal of this case to federal court.

Respectfully submitted,

By: _____

Michael V. Powell
State Bar No. 16204400
Matthew M. Hurt
State Bar No. 24032450
Locke Lord Bissell & Liddell, LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6676
214.740.8520
214.740.8420 (Facsimile)

**ATTORNEYS FOR DEFENDANT
PRAXAIR HEALTHCARE
SERVICES, INC.**

NOTICE OF CONSENT                                   208789.1  00676/0030

# ATTACHMENT  2

CAUSE NO. 08-0023

| | | |
|---|---|---|
| CLARA PATTON, IND. AND ON BEHALF OF THE ESTATE OF LAURA PATTON, DECEASED; KIMBERLY GRAHAM, IND. AND ON BEHALF OF THE ESTATES OF DESTINY GRAHAM, DECEASED, AND DA'MARCUS KING, DECEASED; LAUMARKO KING; DESHAWN BROWN AND CASSANDRA BROWN, IND. AND ON BEHALF OF THE ESTATE OF NATHANIAL BROWN, DECEASED, AND AS NEXT FRIEND FOR JOHN "C.J." BROWN, A MINOR; JAMES DAVISON, JR. AND DEBBIE ROCKWELL, IND. AND ON BEHALF OF THE ESTATE OF TESHAREME DAVISON, DECEASED | § § § § § § § § § § § § § § § § § | IN THE DISTRICT COURT OF |
| Plaintiffs, | § § § | |
| VS. | § § | HARRISON COUNTY, TEXAS |
| INVACARE CORPORATION, PRAXAIR HEALTHCARE SERVICES, INC., KIDDE FYRNETICS, INC., SPIRIT HOMES, INC., SPIRIT HOMES, INC., A DIVISION OF CAVALIER ENTERPRISES, INC., CAVALIER ENTERPRISES, INC., CAVALIER HOME BUILDERS, L.L.C. F/K/A CAVALIER HOMES OF ALABAMA, INC. AND PATRICIA B. GRIFFIN D/B/A DISCOUNT HOMES, INC. | § § § § § § § § § § § § | |
| Defendants. | § | 71ST JUDICIAL DISTRICT |

## NOTICE OF CONSENT

NOTICE OF CONSENT

Cavalier Homebuilders, L.L.C. (incorrectly named as Cavalier Home Builders, L.L.C. f/k/a Cavalier Homes of Alabama, Inc.) [Spirit Homes, Inc. merged with Cavalier Enterprises, Inc. which merged with Cavalier Homebuilders, L.L.C. Spirit Homes, Inc. and Cavalier Enterprises, Inc. have therefore been improperly named.] joins in and consents to Invacare Corporation's Notice of Removal and the removal of this case to federal court.

Respectfully submitted,

By: _____

Louis Scofield
State Bar No. 17884500

McHaffey Weber
2615 Calder Avenue, Suite 800
Beaumont, Texas 77704
409.835.5011
409.835.5177 (Facsimile)
louscofield@mehaffyweber.com

**ATTORNEYS FOR
DEFENDANT CAVALIER
HOME BUILDERS, L.L.C.,**

# ATTACHMENT 3

CAUSE NO. 08-0023

| | |
|---|---|
| CLARA PATTON, IND. AND ON BEHALF OF THE ESTATE OF LAURA PATTON, DECEASED; KIMBERLY GRAHAM, IND. AND ON BEHALF OF THE ESTATES OF DESTINY GRAHAM, DECEASED, AND DA'MARCUS KING, DECEASED; LAUMARKO KING; DESHAWN BROWN AND CASSANDRA BROWN, IND. AND ON BEHALF OF THE ESTATE OF NATHANIAL BROWN, DECEASED, AND AS NEXT FRIEND FOR JOHN "C.J." BROWN, A MINOR; JAMES DAVISON, JR. AND DEBBIE ROCKWELL, IND. AND ON BEHALF OF THE ESTATE OF TESHAREME DAVISON, DECEASED | § § § § § § § § § § § § § § § § IN THE DISTRICT COURT OF |

Plaintiffs,

VS. §   HARRISON COUNTY, TEXAS

INVACARE CORPORATION, PRAXAIR HEALTHCARE SERVICES, INC., KIDDE FYRNETICS, INC., SPIRIT HOMES, INC., SPIRIT HOMES, INC., A DIVISION OF CAVALIER ENTERPRISES, INC., CAVALIER ENTERPRISES, INC., CAVALIER HOME BUILDERS, L.L.C. F/K/A CAVALIER HOMES OF ALABAMA, INC. AND PATRICIA B. GRIFFIN D/B/A DISCOUNT HOMES, INC.

Defendants.   §   71ST JUDICIAL DISTRICT

## NOTICE OF CONSENT

208759 1   00676/0030

Patricia B  Griffin joins in and consents to the removal of this case to federal court.

Patricia B  Griffin