**Exhibit "1"** — 6

UNITED STATES BANKRUPTCY COURT
Southern District of Texas

Office code 4

United States Courts
Southern District of Texas
ENTERED

OCT 1 1 2001

Michael N. Milby, Clerk

Case No. : 01 - 30519-wws
Chapter: 7
Judge: Wesley W. Steen

IN RE : Discount Mobile Homes Inc
(aka/dba): Discount Homes

Debtor *
Social Security No. :
Employer Tax I.D. No. : 76-0595106

FINAL DECREE

The estate of the above named debtor has been fully administered.

\_\_\_\_\_ The deposit required by the plan has been distributed.

IT IS ORDERED THAT :

    Ben Floyd               is discharged as trustee of the estate
    of the above-named debtor and the bond is cancelled ;

\_X\_ The chapter 7 case of the above named debtor is closed ; and

\_\_\_\_\_ ( other provisions as needed )

10/11/01

Date

*signature: Wesley W. Steen*

United States Bankruptcy Judge

53

*Set forth all names, including trade names, used by the debtor within the last six years. (Bankruptcy Rule 1005). For joint debtors set forth both social security numbers.

Exhibit "2"

Corporations Section
P O Box 13697
Austin, Texas 78711-3697



Gwyn Shea
Secretary of State

# Forfeiture pursuant to Section 171.309 of the Texas Tax Code
## of
# DISCOUNT MOBILE HOMES INC.

File Number : 151684200                Certificate / Charter forfeited : March 22, 2002

The Secretary of State hereby determines and finds the following:

1. The Secretary of State received certification from the Comptroller of Public Accounts under Section 171.302 of the Texas Tax Code that there are grounds for forfeiture of the charter or certificate of authority of the referenced entity.

2. That the entity has not revived its forfeited corporate privileges within 120 days after the date that the corporation privileges were forfeited.

3. The Comptroller of Public Accounts has determined that the entity does not have assets from which a judgment for any tax, penalty, or court costs imposed under Chapter 171 of the Code may be satisfied.

It is therefore ordered that charter or certificate of authority of the referenced entity be forfeited without judicial ascertainment and that the proper entry be made upon the permanent files and records of such entity to show such forfeiture as of the date hereof.



*Gwyn Shea*

Gwyn Shea
Secretary of State

**Exhibit "3"**

# MANUFACTURER'S CERTIFICATE OF ORIGIN
## TO A MANUFACTURED HOME

THE UNDERSIGNED MANUFACTURER HEREBY CERTIFIES THAT THE NEW MANUFACTURED HOME DESCRIBED HEREIN, THE PROPERTY OF SAID MANUFACTURER, HAS BEEN TRANSFERRED ON THE DATE SET FORTH HEREIN, SUBJECT TO THE TERMS AND CONDITIONS OF THE INVOICE OR OTHER APPLICABLE AGREEMENT TO:

| NAME OF RETAILER | | ADDRESS OF RETAILER | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| DISCOUNT HOMES | REG. NO. RBT 32608 | 1916 HWY 271 N | GILMER | TX | 75644 |

| TRANSFER DATE 03/24/99 | MODEL DESIGNATION SARATOGA 3+2 | DATE OF MANUFACTURE 03/22/99 | NUMBER OF SECTIONS 1 | TOTAL SQUARE FEET 1,178 |
|---|---|---|---|---|

| LABEL/DECAL NUMBER RAD 1151743 | SERIAL NUMBER SCAR3 1 99 676 3 3888 | WEIGHT 20,854 lbs | SIZE 16x80 | EXCLUDING HITCH 16x76 |
|---|---|---|---|---|
| LABEL/DECAL NUMBER | SERIAL NUMBER | WEIGHT | SIZE | EXCLUDING HITCH |
| LABEL/DECAL NUMBER | SERIAL NUMBER | WEIGHT | SIZE | EXCLUDING HITCH |

CONSTRUCTED FOR:

ENERGY ZONE  I              WIND ZONE  I

ROOF LOAD ZONE

THE MANUFACTURER WARRANTS THAT A GOOD AND MARKETABLE TITLE IS BEING TRANSFERRED AND THAT NO OTHER VALID MANUFACTURER'S CERTIFICATE OF ORIGIN IS ISSUED AND OUTSTANDING ON THE MANUFACTURED HOME DESCRIBED HEREIN.

| MANUFACTURER OF HOME | REGISTRATION NO. |
|---|---|
| SPIRIT HOMES INC CENTRAL P | M-354 |

ADDRESS OF MANUFACTURER
PO BOX 1207

| CITY | STATE | ZIP |
|---|---|---|
| CONWAY | AR | 72033 |

AUTHORIZED SIGNATURE/TITLE
_(signature)_   SALES

INVOICE # 303958

BY SIGNING THIS MCO ABOVE, THE MANUFACTURER HEREBY SWEARS AND AFFIRMS THAT THE TEXAS SALES & USE TAX HAS BEEN PLACED ON THE INVOICE TO THE RETAILER AND WILL BE COLLECTED AND PAID PURSUANT TO CHAPTER 158, TEXAS TAX CODE.

Rev. 12/17/98

---

**FIRST ASSIGNMENT** (For Retailers Only)

TO:

| NAME OF RETAILER | REGISTRATION NO. | DATE |
|---|---|---|

ADDRESS

| CITY | STATE | ZIP |
|---|---|---|

TYPE NAME AND TITLE OF PERSON AUTHORIZED TO SIGN FOR TRANSFERENCE TO RETAILER

AUTHORIZED SIGNATURE

---

**FIRST ASSIGNMENT** (For Retailers Only)

TO:

| NAME OF RETAILER | REGISTRATION NO. | DATE |
|---|---|---|

ADDRESS

| CITY | STATE | ZIP |
|---|---|---|

TYPE NAME AND TITLE OF PERSON AUTHORIZED TO SIGN FOR TRANSFERENCE TO RETAILER

AUTHORIZED SIGNATURE

---

NOTE: THIS MANUFACTURER'S CERTIFICATE OF ORIGIN MAY NOT BE ASSIGNED BY A RETAILER WHOSE NAME APPEARS HEREIN EXCEPT TO ANOTHER RETAILER REGISTERED WITH THE TEXAS DEPARTMENT OF HOUSING & COMMUNITY AFFAIRS. ANY TRANSFER OF TITLE TO A CONSUMER/PURCHASER MUST BE ACCOMPANIED BY A PROPERLY EXECUTED AFFIDAVIT OF DISPOSITION ALONG WITH THE SURRENDER OF THE MANUFACTURER'S CERTIFICATE.

Page 1 of 1

FORM 1049 / MCO.DOC

**Exhibit "4"**

## Certificate Detail for Certificate # 01063211

### Home elected as Personal Property

### ISSUE DATE: 06/03/1999

**Certificate Number:** 01063211  
**Manufacture Date:** 03/22/1999  
**Date of Sale:** 04/28/1999  
**Date of Certificate:** 06/03/1999  
**Right of Survivorship:** NO  

**New/Used:** NEW  
**Number of Sections:** 1  
**Model:** SARATOGA  
**Square Feet:** 1178  
**Wind Zone:** 1  

**Currently Installed in UPSHUR County**

| Owners |||
|---|---|---|
| Current Owner | Seller | Previous Owners |
| CLARA PATTON<br>KIM GRAHAM<br>RT. 2, BOX 811<br>ORE CITY , TX 75683 | DISCOUNT HOMES<br>1916 N. WOOD, NORTH 271<br>GILMER , TX 75644 | |

| Active Mortgage Liens ||
|---|---|
| Lien Date | Lien Holder |
| 04/28/1999 | ASSOCIATES HOUSING FINANCE, LLC<br>PO BOX 141475<br>IRVING, TX 75014-1475 |

| Active Tax Liens |
|---|
| View Tax Liens |

On January 1st of each year, a tax lien comes into existence on a manufactured home in favor of each taxing unit in the jurisdiction where the home is actually located on January 1st. In order to be enforced, any such lien must be recorded with the Manufactured Housing Division as provided by law. You may check our records through our website or contact us to learn of any recorded tax liens. To find out about the amount of any unpaid tax liabilities for a particular year, contact the tax office for the county where the home was actually located on January 1st of that year.

| Sections |||||
|---|---|---|---|---|
| | Label | Serial | Weight | Width | Length |
| 1 | RAD1151743 | SCAR319967633888 | 20854 | 16 | 76 |

| Manufacturer |
|---|
| M00354<br>SPIRIT HOMES/A DIV OF CAVALIER ENT INC<br>HWY 286 & MCNUTT RD<br>CONWAY, AR 72032 |

Close Window | Print This Page

Exhibit "5"

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS

In Re: Patricia Boynton Griffin    xxx–xx–1155        Case No.: 05-48044 lzc

Chapter: 7

Employer's Tax I.D. No.:

# DISCHARGE OF DEBTOR(S)

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

Signed and Entered on Docket: 2/2/06

_____
LETITIA Z CLARK
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (10/05)

# EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s) *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are *not* discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed after 10/17/2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after 10/17/2005)

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

**Exhibit "6"**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re: Patricia Boynton Griffin

**Debtor(s)**

Case No : 05-48044

Chapter: 7

### FINAL DECREE

The estate of the above-named debtor has been fully administered.

The deposit required by the plan has been distributed. (Chapter 13 Only)

IT IS ORDERED THAT:

Ronald J Sommers is discharged as trustee of the estate of the above-named debtor and the bond is cancelled;

The chapter 7 case of the above-named debtor is closed.

Signed and Entered on Docket: 3/20/06

LETITIA Z CLARK
United States Bankruptcy Judge