# ATTACHMENT 5

# Civil Docket

71st Judicial District

Case No. 08-0023
HARRISON County

February 4th, 2008
9:22am

CLARA PATTON, IND. AND ON BEHALF OF
THE ESTATE OF LAURA PATTON, DECEASED,
KIMBERLY GRAHAM, ET AL vs. INVACARE
CORPORATION, PRAXAIR HEALTHCARE
SERVICES, INC., KIDDE FYRNETICS, INC.,
ET AL

Filed : 01/07/2008
Status: Filed
Type: OTHER CIVIL CASES

Judge
BONNIE L. HAGAN

Court Reporter
Lynn Skinner

| Date | | Volume | Page |
|------|------|--------|------|

### Events & Orders of the Court

| Date | |
|------|------|
| 01/07/08 | PLAINTIFF'S ORIGINAL PETITION |
| | PLNTFS ORIG PTN |
| 01/08/08 | CITATION BY CERTIFIED MAIL Issued –Defendant. SPIRIT HOMES INC. |
| 01/10/08 | CITATION BY CERTIFIED MAIL Served – KIDDE FYRNETICS, INC. – Answer due: 02/04/08 |
| 01/10/08 | CITATION BY CERTIFIED MAIL Served – SPIRIT HOMES. INC. – Answer due: 02/04/08 |
| 01/10/08 | CITATION BY CERTIFIED MAIL Served – CAVALIER ENTERPRISES, INC. – Answer due: 02/04/08 |
| 01/10/08 | CITATION BY CERTIFIED MAIL Served – CAVALIER HOME BUILDERS, L.L.C. – Answer due: 02/04/08 |
| 01/11/08 | CITATION BY CERTIFIED MAIL |
| | CAVALIER HOME BUILDERS SERVED 01/10/08 |
| 01/11/08 | PLEA IN INTERVENTION |
| | R. GRAHAM FILING INTERVENTION FOR DESTINY GRAHAM (DECEASED) |
| 01/11/08 | CITATION BY CERTIFIED MAIL Served – GRIFFIN, PATRICIA – Answer due: 02/04/08 |
| 01/14/08 | CITATION BY CERTIFIED MAIL Served – PRAXAIR HEALTHCARE SERVICES, INCORPORATED |
| 01/15/08 | CITATION BY CERTIFIED MAIL |
| | PATRICIA GRIFFIN SERVED 01/11/08 |
| 01/15/08 | CITATION BY CERTIFIED MAIL |
| | CAVALIER ENTERPRISERS, INC. SERVED 01/10/08 |
| 01/15/08 | CITATION BY CERTIFIED MAIL |
| | SPIRIT HOMES. INC. SERVED 01/10/08 |
| 01/15/08 | CITATION BY CERTIFIED MAIL |
| | KIDDE FRYNETICS, INC. SERVED 01/10/08 |
| 01/15/08 | CITATION BY CERTIFIED MAIL |
| | CAVALIER HOME BUILDERS SERVED 01/10/08 |
| 01/16/08 | Jury Trial Requested |
| 01/17/08 | CITATION BY CERTIFIED MAIL |

TRUE AND CORRECT COPY

# Civil Docket

71st Judicial District

Case No. 08-0023
HARRISON County

February 4th, 2008
9:22am

| Date | | Volume | Page |
|------|---|--------|------|

## Events & Orders of the Court (cont.)

|  |  |
|--|--|
| | PRAXAIR HEALTHCARE SERVICES SERVED 01/14/08 |
| 01/18/08 | OTHER |
| | RE: RECEIPT OF CERTIFICATE OF SERVICE |
| 01/18/08 | LETTER |
| | RE:  CT CORP NOT REGISTERED AGENT |
| 01/18/08 | LETTER |
| | CT CORP NOT AGENT FOR SPIRIT HOMES |
| 01/23/08 | LETTER |
| | TO SIR/MADAM FROM MARIE-DOMINIQUE SHEETER CT CORP. SYSTEM IS NOT REGISTERED AGENT FOR CAVALIER ENTERPRISES, INC. |
| 01/25/08 | LETTER |
| | CT CORP RE KIDDE FRYNETICS NOT IN RECORDS |
| 01/25/08 | LETTER |
| | CT CORP NOT AGENT FOR SPIRIT HOMES |
| 01/28/08 | ORIGINAL ANSWER |
| | DFNDT INVACARE CORPORATION'S ORIG ANS TO PLNTFS ORIG PTN (MACDONALD DEVIN - DAVID M. MACDONALD) |
| 01/30/08 | RESPONDENT'S ORIGINAL ANSWER |
| | DEF PRAXAIR HEALTHCARE FILING ANSWER |
| 01/30/08 | Answer Filed -Defendant, PRAXAIR HEALTHCARE SERVICES, INCORPORATED |
| 01/30/08 | CITATION BY CERTIFIED MAIL - Returned Served -Defendant, SPIRIT HOMES, INC. |

A TRUE COPY
of the Original hereof, I certify
*Sherry Griffis*
District Court Clerk
Harrison County, Texas

By _____
Deputy Clerk

CAUSE NO. _08-1023_

| | |
|---|---|
| CLARA PATTON, IND. AND ON BEHALF §<br>OF THE ESTATE OF LAURA PATTON, §<br>DECEASED; KIMBERLY GRAHAM, §<br>IND. AND ON BEHALF OF THE ESTATES§<br>OF DESTINY GRAHAM, DECEASED, §<br>AND DA'MARCUS KING, DECEASED; §<br>LAUMARKO KING; DESHAWN BROWN §<br>AND CASSANDRA BROWN, IND. AND §<br>ON BEHALF OF THE ESTATE OF §<br>NATHANIAL BROWN, DECEASED, AND §<br>AS NEXT FRIEND FOR JOHN "C.J." §<br>BROWN, A MINOR; JAMES DAVISON, JR§<br>AND DEBBIE ROCKWELL, IND. AND ON§<br>BEHALF OF THE ESTATE OF §<br>TESHAREME DAVISON, DECEASED §<br> §<br>VS. §<br> §<br> §<br>INVACARE CORPORATION, PRAXAIR §<br>HEALTHCARE SERVICES, INC., KIDDE §<br>FYRNETICS, INC., SPIRIT HOMES, INC., §<br>SPIRIT HOMES, INC., A DIVISION OF §<br>CAVALIER ENTERPRISES, INC., §<br>CAVALIER ENTERPRISES, INC., §<br>CAVALIER HOME BUILDERS, L.L.C. §<br>F/K/ACAVALIER HOMES OF §<br>ALABAMA, INC. AND §<br>PATRICIA B. GRIFFIN D/B/A §<br>DISCOUNT HOMES, INC. §| IN THE DISTRICT COURT OF<br><br><br><br><br><br><br><br>HARRISON COUNTY, TEXAS<br><br><br><br><br><br>71ST JUDICIAL DISTRICT |

PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW CLARA PATTON, IND. AND ON BEHALF OF THE ESTATE OF LAURA

PATTON, DECEASED, KIMBERLY GRAHAM, INDIVIDUALLY AND ON BEHALF OF THE

ESTATE(S) OF DESTINY GRAHAM, DECEASED, AND DA'MARCUS KING, DECEASED,

LAUMARKO KING, DESHAWN BROWN AND CASSANDRA BROWN, INDIVIDUALLY

AND ON BEHALF OF THE ESTATE OF NATHANIEL BROWN, DECEASED, AND AS NEXT

FRIEND FOR JOHN "C J." BROWN, A MINOR, JAMES DAVISON, JR. AND DEBBIE
ROCKWELL, IND AND ON BEHALF OF THE ESTATE OF TESHAREME DAVISON,
DECEASED, complaining of INVACARE CORPORATION, PRAXAIR HEALTHCARE
SERVICES, INC, KIDDE FRYNETICS, INC , SPIRIT HOMES, INC , SPIRIT HOMES, INC , A
DIVISION OF CAVALIER ENTERPRISES, INC , CAVALIER ENTERPRISES, INC ,
CAVALIER HOME BUILDERS, L L C F/K/A CAVALIER HOMES OF ALABAMA, INC , AND
PATRICIA B GRIFFIN D/B/A DISCOUNT HOMES, INC , and for cause of action would
respectfully show the following:

1 0    *Discovery Control Level*

    1 1    Discovery is intended to be conducted under Level 3, TRCP 190 4 It is anticipated
        that the parties will submit a discovery control plan in the form of an agreed order
        Should the parties be unable to agree, plaintiffs move the court to adopt a discovery
        control plan tailored to the circumstances of this case

2 0    *Plaintiffs*

    2 1    The plaintiffs to this suit and their respective capacities and residences are as follows:

    2 2    Clara Patton, Individually and on behalf of the Estate of Laura Patton, deceased, who
        resides in Harrison County, Texas;

    2 3    Kimberly Graham, Individually and on behalf of the Estates of Destiny Graham,
        deceased, and Da;Marcus King, deceased, who resides in Harrison County, Texas;

    2 4    Laumarko King, Individually and on behalf of the Estate of Da'Marcus King,
        deceased, who resides in Morris County, Texas;

    2 5    Deshawn Brown and Cassandra Brown, Individually, and on behalf of the Estate of
        Nathanial Brown, deceased, and as Next Friends for John "C J." Brown, a Minor;

who reside in Gregg County, Texas;

2.6    James Davison, Jr and Debbie Rockwell, Individually and on behalf of the Estate of Teshareme Davison, deceased  Debbie Rockwell is a resident of Gregg County, Texas and James Davison is a resident of the State of Florida.

## 3.0    *Defendants*

3.1    The defendants in this suit and their residences are as follows:

3.2    Invacare Corporation, a foreign corporation, organized and existing pursuant to the laws of a state other than Texas and whose principle place of business is a state other than the state of Texas  This corporation may be served by certified mail, return receipt requested to its attorney: David Macdonald, Macdonald, Devin, 3800 Renaissance Tower, 1201 Elm St , Dallas, Texas, 75270.

3.3    Praxair Healthcare Services, Incorporated, a foreign corporation, organized and existing pursuant to the laws of a state other than Texas, and whose principle place of business is a state other than the State of Texas  Service on this corporation may be had by serving its registered agent by certified mail, return receipt requested, to wit: Corporation Service Company d/b/a CSC-Lawyers Inc , 701 Brazos Street, Suite 1050, Austin, Texas, 78701.

3.4    Kidde Fyrnetics, Inc , A UIC Fire & Security Company, a foreign corporation, organized and existing pursuant to the laws of a state other than Texas, and whose principle place of business is a state other than the State of Texas  Service on this corporation may be had by serving its registered agent by certified mail, return receipt requested, to wit: CT Corporation System, 350 North St. Paul Street, Dallas, Texas 75201

3.5  Spirit Homes, Inc., a foreign corporation, organized and existing pursuant to the laws of a state other than Texas, and whose principle place of business is a state other than the State of Texas. Service on this corporation may be had by serving the Texas Secretary of State, 1019 Brazos Street, Austin, Texas 78701, as its agent for service because Defendant, who has engaged in business in Texas, does not have its registered agent on file. The Texas Secretary of State may serve the Defendant by serving: The Corporation Company, 425 West Capital Avenue, Suite 1700, Little Rock, Arkansas 72201

3.6  Spirit Homes, Inc., a division of Cavalier Enterprises, Inc., a foreign corporation, organized and existing pursuant to the laws of a state other than Texas, and whose principle place of business is a state other than the State of Texas. Service on this corporation may be had by serving its registered agent by certified mail, return receipt requested, to wit: CT Corporation System, 350 N. St. Paul Street, Dallas, Texas

3.7  Cavalier Enterprises, Inc., a foreign corporation, organized and existing pursuant to the laws of a state other than Texas, and whose principle place of business is a state other than the State of Texas. Service on this corporation may be had by serving its registered agent by certified mail, return receipt requested, to wit: CT Corporation System, 350 N. St. Paul Street, Dallas, Texas

3.8  Cavalier Home Builders, L.L.C. f/k/a Cavalier Homes of Alabama, Inc., a foreign corporation, organized and existing pursuant to the laws of a state other than Texas, and whose principle place of business is a state other than the State of Texas. Service on this corporation may be had by serving its registered agent by certified mail, return receipt requested, to wit: CT Corporation System, 350 St. Paul Street, Dallas, Texas

75201.

39    Patricia Griffin d/b/a Discount Homes, an individual who engaged in business in
      Texas, the lawsuit arises out of Defendants' business in Texas. Service of said
      Defendant may be had by serving Defendant by certified mail, return receipt
      requested at her mailing address: P O Box 114, Magnolia, Texas 77353-0114

## 4.0   Venue

4.1   Venue of this matter is proper in Harrison County, Texas, pursuant to §15 002(a)(1)
      in that all or a substantial part of the events or omissions giving rise to the claims set
      forth herein occurred in Harrison County, Texas.

## 5.0   *Facts*

5.1   The facts giving rise to this suit are not in dispute. On January 9, 2006, a fire broke
      out and consumed a mobile home located on Farm to Market Road 450 North, south
      of Ore City and north of Harleton. The mobile home, a 1999 Spirit Saratoga, was
      owned by Clara Patton and Kimberly Graham. At the time of the fire, the mobile
      home was occupied by Clara Patton, her mother, Laura Patton, Clara Patton's
      daughter, Kimberly Graham and her two (2) children, Destiny Graham and
      Da'Marcus King, and their friends, Nathanial Brown, John "C J " Brown and
      Teshareme Davison.

5.2   The fire caused the deaths of Laura Patton, age 75, Destiny Graham, age 11,
      Da'Marcus King, age 4, Nathanial Brown, age 5, Teshareme Davison, age 12

5.3   Injured in the fire were Clara Patton, Kimberly Graham and John "C J " Brown

5.4   Located in the mobile home on the night of the fire was an oxygen concentrator
      designed, manufactured, and marketed by Invacare Corporation. This machine serves

to filter nitrogen from ambient room air and provide nearly pure oxygen to persons who are oxygen dependent

5 6    Praxair Healthcare Services, Inc., placed the oxygen concentrator in the mobile home and agreed to provide instruction in the safe use thereof and further agreed to provide all necessary inspections and maintenance of the concentrator to insure that it remained in good working order

5 7    Kidde Fyrnetics, Inc., A UTC Fire & Security Company, designed, manufactured and marketed the two ionization- type smoke detectors in the mobile home

5 8    Spirit Homes, Inc., Spirit Homes, Inc., a division of Cavalier Enterprises, Inc., Cavalier Enterprises, Inc., Cavalier Enterprises of Alabama, Inc and/or Discount Homes, Inc., designed, manufactured and marketed the 1999 Spirit Saratoga mobile home in which the fire occurred

6 0   *Plaintiffs' Allegations and Theories of Recovery*

6 1    Plaintiffs allege that a defect existed in the concentrator which caused it to overheat and which rendered it unreasonably dangerous as designed, manufactured and marketed and which was the producing cause of the deaths of those who perished in the fire and the injuries to those who survived

6 2    Plaintiffs allege that overheating occurred, in part, due to the failure of Praxair Healthcare Services, Incorporated, to maintain the concentrator. Additionally, plaintiffs allege that Praxair Healthcare Services failed to instruct Laura Patton in the safe use of the concentrator and to warn of the dangers inherent in the use of the concentrator These acts of negligence were a proximate cause of the deaths of the those who perished in the fire and injuries to those who survived

6 3    Plaintiffs allege that the design, manufacture and marketing of the smoke alarms by Kidde Fyrenetics, Inc , A UTC Fire & Security Company,  was defective such that they failed to provide a timely warning to the occupants of the mobile home  The delay in discovering the fire allowed smoke to fill the home such that when the occupants did finally discover the fire, the degree of smoke then existing caused great confusion, difficulty breathing and prevented those who perished from escaping, ultimately leading to their deaths.   Thus, the defective smoke detector was a producing cause of the injuries and deaths herein.

6 5    Pleading further, plaintiffs allege that a defect in the electrical wiring of the mobile home existed which was a producing cause of the fire and the deaths of those who perished and the injuries to those who survived   Defendants negligently wired the smoke detectors located within the mobile home and failed to include adequate smoke detectors  Such negligence was a proximate cause of the basis of this suit  This defect in the wiring rendered it unreasonably dangerous as designed, manufactured and marketed. The wiring was designed, manufactured and marketed by Spirit Homes, Inc , Spirit Homes, Inc., a division of Cavalier Enterprises, Inc , Cavalier Enterprises, Inc , Cavalier Enterprises of Alabama, Inc and/or  Discount Homes

## 7 0    *Plaintiffs' Damages*

### 7 1    *Clara Patton*

7 2    Clara Patton hereby sues the defendants at common law for all damages to which she is entitled for her injuries. Additionally, as the sole surviving daughter of Laura Patton, deceased, and sole heir, she sues the defendants for the wrongful death of her

mother for all damages to which she is entitled pursuant to TCPRC 71 001 et seq
In addition, Clara Patton sues on behalf of the estate of Laura Patton, deceased for
all damages to which it is entitled In this regard, no administration was necessary on
the estate of Laura Patton, deceased

7.2   **Kimberly Graham**

7.3   Kimberly Graham sues the defendants at common law for all damages to which she
is entitled for her injuries. Additionally, Kimberly Graham is a surviving parent of
her two children, Destiny Graham and Da'Marcus King, and sues the defendants for
the wrongful death of her two children for all damages to which she is entitled
pursuant to TCPRC 71 001, et seq In addition, Kimberly Graham sues on behalf of
the estates of Destiny Graham and Da'Marcus King, deceased, for all damages to
which they are entitled. In this regard, no administration was necessary on the estates
of Destiny Graham and Da'Marcus King.

7 4   **Laumarko King**

Laumarko King is a surviving parent of Da'Marcus King, deceased, and sues the
defendants for the wrongful death of his son for all damages to which he is entitled
pursuant to TCPRC 71 001 et seq In addition, Laumarko King sues on behalf of the
estate of Da'Marcus King, deceased for all damages to which it is entitled In this
regard, no administration was necessary on the estate of Da'Marcus King

7 5   **Deshawn Brown and Cassandra Brown**

Deshawn Brown and Cassandra Brown are the surviving parents of Nathaniel Brown,
deceased, and John "C J." Brown, a Minor. They hereby sue the defendants for all
damages to which they are entitled pursuant to TCPRC 71 001 et seq for the

wrongful death of their son and at common law for all damages to which they and their surviving son, "C J ", are entitled on account of his injuries. Additionally, they sue the defendants on behalf of the estate of Nathaniel Brown, deceased, for all damages to which it is entitled. In this regard, no administration on the estate of Nathaniel Brown was necessary.

7.6   *James Davison, Jr. and Debbie Rockwell*

James Davison, Jr and Debbie Rockwell are the surviving parents of Teshareme Davison, deceased. They sue the defendants for all damages to which they are entitled for the wrongful death of their daughter pursuant to TCPRC 71.001 et seq. They also sue on behalf of the estate of Teshareme Davison, deceased for all damages to which it is entitled. In this regard, no administration on the estate of Teshareme Davison was necessary.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that defendants be cited to appear and answer, and that upon the trial of this cause, that the plaintiffs have judgment against the Defendants, jointly and severally, in an amount in excess of the minimum jurisdictional limits of the court, for prejudgment and postjudgment interest at the highest rates permitted by law, and for such other and further relief to which the plaintiffs may be entitled, at law or in equity.

Respectfully submitted,

LAW OFFICE OF
BRADLEY T. STEELE
1101 Judson Road
Longview, Texas 75601
(903) 234-8844
Fax: (903) 234-8848

BY:

BRADLEY T. STEELE
STATE BAR NO 19099350

Attorney for Clara Patton, Kimberly Graham
Laumarko King, Deshawn and Cassandra
Brown

SLOAN, BAGLEY, HATCHER & PERRY
101 E Whaley St
P O Drawer 2909
Longview, TX 75606-2909
(903) 757-7000
Fax: (903) 757-7574

BY:

GLENN A PERRY
STATE BAR NO 1580150

Attorney for James Davison, Jr and Debbie
Rockwell

**PLAINTIFFS HEREBY RESPECTFULLY DEMAND A TRIAL BY JURY**

# CLERKS CERTIFICATE OF SERVICE

I Clerk of the District Court of Harrison County, Texas, certify that I executed the foregoing citation in Harrison County, Texas on the ___8___ day of _Jan_ 2008 by placing in the US Mail a true copy of this citation, with a true copy of the aforesaid pleading attached thereto, via certified mail, Cause no. _08-0023_, addressed to _Kidde Frynetic, Inc._ and endorsed thereon "return receipt requested", after having first endorsed on said copy of said citation the date of mailing and the name and address of the within named recipient, to certify which witness my hand officially this ___8___ day of _Jan_ 2008.

---

**U.S. Postal Service**
**CERTIFIED MAIL**
*(Domestic Mail Only; No In...)*

For delivery information visit o...

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006

**7007 0220 0003 5127 5663**

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KIDDE FRYNETICS, INC.
ITS REGISTERED AGENT
C T CORPORATION SYSTEM
350 NORTH ST. PAUL STREET
DALLAS, TEXAS 75201

_08-0023_

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
RECEIVED   JAN 10 2008
CT CORPORATION

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
*(Transfer from service label)*   **7007 0220 0003 5127 5663**

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

# CLERKS CERTIFICATE OF SERVICE



I Clerk of the District Court of Harrison County, Texas, certify that

I executed the foregoing citation in Harrison County, Texas on the

___8___ day of _Jan_ 2008 by placing in the US Mail a true copy

of this citation, with a true copy of the aforesaid pleading attached thereto,

via certified mail  Cause no _08-0023_, addressed to

_Cavalier Enterprises, Inc_____ and endorsed

thereon "return receipt requested", after having first endorsed on said copy

of said citation the date of mailing and the name and address of the within

named recipient, to certify which witness my hand officially this ___8___

day of _Jan_ 2008.

---

**U.S. Postal Ser**
**CERTIFIED**
**(Domestic Mail Only)**
For delivery information

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

_08-0023_

PS Form 3800, August 2006

7007 0220 0003 5127 7094

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CAVALIER ENTERPRISES, INC
ITS REGISTERED AGENT
C T CORPORATION SYSTEM
350 NORTH ST. PAUL STREET
DALLAS  TEXAS 75201

2. Article Number (Transfer from service label)

7007 0220 0003 5127 7094

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature    JAN 1 0 2008
X   RECEIVED
    C T CORPORATION
☐ Agent
☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

# CLERKS CERTIFICATE OF SERVICE

I Clerk of the District Court of Harrison County, Texas, certify that I executed the foregoing citation in Harrison County, Texas on the ____8____ day of _Jun_ 2008 by placing in the US Mail a true copy of this citation, with a true copy of the aforesaid pleading attached thereto, via certified mail  Cause no _08-0023_, addressed to _Patricia Griffin_ _____ and endorsed thereon "return receipt requested", after having first endorsed on said copy of said citation the date of mailing and the name and address of the within named recipient, to certify which witness my hand officially this ____8____ day of _Jun_ 2008.

---

**U.S. Postal Service**
**CERTIFIED MAIL**
**(Domestic Mail Only)**
For delivery information

_Patricia G___

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To

Street, Apt. No.; or PO Box No

City, State, ZIP+4

PS Form 3800, August 2006

7007 0220 0003 5127 7117

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PATRICIA GRIFFIN D/B/A
DISCOUNT HOMES
P. O. BOX 114
MAGNOLIA, TEXAS 77353-0114

_08-0023_

2. Article Number
   (Transfer from service label)      7007 0220 0003 5127 7117

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
_Paul Chirpich_   1-11-08

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

JAN 11 2008

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, August 2001      Domestic Return Receipt      102595-02-M-1540

# CLERKS CERTIFICATE OF SERVICE

I Clerk of the District Court of Harrison County, Texas, certify that I executed the foregoing citation in Harrison County, Texas on the _8_ day of _Jan._ 2008 by placing in the US Mail a true copy of this citation, with a true copy of the aforesaid pleading attached thereto, via certified mail. Cause no _08-0023_, addressed to _Spirit Homes, Inc_ and endorsed thereon "return receipt requested", after having first endorsed on said copy of said citation the date of mailing and the name and address of the within named recipient, to certify which witness my hand officially this _8_ day of _Jan_ 2008.

---

**U.S. Postal Service**
**CERTIFIED**
(Domestic Mail Only)

For delivery information

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Sent To

Street, Apt. No.;
or PO Box No.

City, State, ZIP+4

7007 0220 0003 5127 5687

PS Form 3800, August 2006

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SPIRIT HOMES, INC.
ITS REGISTERED AGENT
C I CORPORATION SYSTEM
350 NORTH ST.PAUL STREET
DALLAS, TEXAS 75201

08-0023

2. Article Number
(Transfer from service label)    7007 0220 0003 5127 5687

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
JAN 1 0 2008
RECEIVED
CORPORATION

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☑ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

# CLERKS CERTIFICATE OF SERVICE

I Clerk of the District Court of Harrison County, Texas, certify that

I executed the foregoing citation in Harrison County, Texas on the

_8_ day of _Jan_ 200_8_ by placing in the US Mail a true copy

of this citation, with a true copy of the aforesaid pleading attached thereto,

via certified mail. Cause no _08-0023_, addressed to

_Cavalier Home Builder_ and endorsed

thereon "return receipt requested", after having first endorsed on said copy

of said citation the date of mailing and the name and address of the within

named recipient, to certify which witness my hand officially this _8_

day of _Jan_ 200_8_.

---

| U.S. Postal Service™ | **SENDER: COMPLETE THIS SECTION** | **COMPLETE THIS SECTION ON DELIVERY** |
|---|---|---|
| CERTIFIED MAIL™ RECEIPT | ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. | A. Signature |
| (Domestic Mail Only; No Insurance Coverage) | ■ Print your name and address on the reverse so that we can return the card to you. | X ☐ Agent ☐ Addressee |
| For delivery information visit our website at | ■ Attach this card to the back of the mailpiece, or on the front if space permits. | B. Received by ( Printed Name ) C. Date of Delivery |
| Postage $ | 1. Article Addressed to: | D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No |
| Certified Fee | CAVALIER HOME BUILDERS L L C ITS REGISTERED AGENT C T CORPORATION SYSTEM 350 NORTH ST. PAUL STREET DALLAS, TEXAS 75201 | |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | 3. Service Type ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D. |
| Total Postage & Fees $ | _08-0023_ | |
| Sent To | | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| Street, Apt. No.; or PO Box No. | 2. Article Number (Transfer from service label) 7007 0220 0003 5127 7100 | |
| City, State, ZIP+4 | | |
| PS Form 3800, August 2006 | PS Form 3811, August 2001    Domestic Return Receipt | 102595-02-M-1540 |

7007 0220 0003 5127 7100

NO. 08-0023

| | | |
|---|---|---|
| RODERICK KEITH GRAHAM, | § | IN THE DISTRICT COURT |
| INDIVIDUALLY AND ON BEHALF | | |
| OF THE ESTATE OF DESTINY | | |
| GRAHAM | | |
| Plaintiff, | § | |
| | § | |
| V. | § | 71ST JUDICIAL DISTRICT |
| | § | |
| INVACARE CORPORATION, | § | |
| PRAXAIR HEATHCARE SERVICES, | § | |
| INC., KIDDE FYRNETICS, INC., | § | |
| SPIRIT HOMES, INC., SPIRIT | § | |
| HOMES, INC., A DIVISION OF | § | |
| CAVALIER ENTERPRISES, INC., | § | |
| CAVALIER ENTERPRISES, INC., | § | |
| CAVALIER HOME BUILDERS, | § | |
| L.L.C.F/K/A CAVALIER HOMES OF | § | |
| ALABAMA, INC. AND PATRICIA | § | |
| GRIFFIN D/B/A DISCOUNT HOMES | § | |
| Defendants. | § | OF HARRISON COUNTY, TEXAS |

## PLEA IN INTERVENTION

### TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Roderick Keith Graham, hereinafter called Intervenor, and files this Plea in

Intervention, and in support hereof, shows the Court the following:

### I. PARTIES AND SERVICE

1. Plaintiff, Roderick Keith Graham whose residence is located in Dallas County, Texas

has appeared in this action individually and on behalf of the estate of Destiny Graham.

2. Defendant, Invacare Corporation, is a foreign corporation organized and existing

pursuant to the laws of a state other than Texas and whose principal place of business is a state other

Plea In Intervention--1

than the state of Texas. Defendant may be served with notice of this Plea by sending a copy by certified mail, return receipt requested to its attorney: David Macdonald, Macdonald, Devin, 3800 Renaissance Tower, 1201 Elm St., Dallas, Texas, 75270.

    3.     Defendant, Praxair Healthcare Services, Incorporated, is a foreign corporation, organized and existing pursuant to the laws of a state other than Texas, and whose principal place of business is a state other than the State of Texas. Defendant may be served with notice of this Plea by sending a copy to its registered agent by certified mail, return receipt requested, to wit: Corporation Service Company d/b/a CSC-Lawyers Inc., 701 Brazos Street, Suite 1050, Austin, Texas, 78701.

    4.     Defendant, Kidde Fyrnetics, Inc., A UTC Fire & Security Company, is a foreign corporation organized and existing pursuant to the laws of a state other than Texas, and whose principal place of business is a state other than the State of Texas. Defendant may be served with notice of this Plea by sending a copy to its registered agent by certified mail, return receipt requested, to wit: CT Corporation System, 350 North St Paul Street, Dallas, Texas

    5.     Defendant, Spirit Homes, Inc., is a foreign corporation organized and existing pursuant to the laws of a state other than Texas, and whose principal place of business is a state other than the State of Texas. Defendant may be served with notice of this Plea by sending a copy to the Texas Secretary of State, 1019 Brazos Street, Austin, Texas 78701, as its agent for service because Defendant, who has engaged in business in Texas, does not have its registered agent on file. The Texas Secretary of State may serve the Defendant by serving: The Corporation Company, 425 West Capital Avenue, Suite 1700, Little Rock, Arkansas 72201.

Plea In Intervention--2

6.      Defendant, Spirit Homes, Inc., a division of Cavalier Enterprises, Inc., is a foreign corporation organized and existing pursuant to the laws of a state other than Texas, and whose principal place of business is a state other than the State of Texas. Defendant may be served with notice of this Plea by sending a copy to its registered agent by certified mail, return receipt requested, to wit: CT Corporation System, 350 N St Paul Street, Dallas, Texas

7.      Defendant, Cavalier Enterprises, Inc., is a foreign corporation organized and existing pursuant to the laws of a state other than Texas, and whose principal place of business is a state other than the State of Texas. Defendant may be served with notice of this Plea by sending a copy to its registered agent by certified mail, return receipt requested, to wit: CT Corporation System, 350 N St. Paul Street, Dallas, Texas

8.      Defendant, Cavalier Home Builders, L.L.C f/k/a Cavalier Homes of Alabama, Inc., is a foreign corporation organized and existing pursuant to the laws of a state other than Texas, and whose principal place of business is a state other than the State of Texas. Defendant may be served with notice of this Plea by sending a copy to its registered agent by certified mail, return receipt requested, to wit: CT Corporation System, 350 St Paul Street, Dallas, Texas 75201

9.      Defendant, Patricia Griffin d/b/a Discount Homes, is an individual who engaged in business in Texas; the lawsuit arises out of Defendant's business in Texas. Defendant may be served with notice of this Plea by sending a copy of this Plea to said Defendant by serving Defendant by certified mail, return receipt requested at her mailing address: P O Box 114, Magnolia, Texas 77353-0114

Plea In Intervention--3

II.

on County is proper in this cause. All or a substantial part of the

set forth herein occurred in Harrison County, Texas.

III.

rick Keith Graham has a justiciable interest in the matters in

he intervenor is the father of decedent Destiny Graham, who was

a she was living caught fire  On January 9, 2005, a fire broke

e located on Farm to Market Road 450 North, south of Ore City and

home, a 1999 Spirit Saratoga, was owned by Clara Patton and

of the fire, the mobile home was occupied by Clara Patton, her

:on's daughter, Kimberly Graham and her two (2) children, Destiny

, and their friends, Nathanial Brown, John "C.J." Brown and

aused the deaths of Laura Patton, age 75, Destiny Graham, age 11,

ial Brown, age 5, Teshareme Davison, age 12. Injured in the fire

aham and John "C.J." Brown

V.

hat a defect existed in the concentrator which caused it to overheat

bly dangerous as designed, manufactured and marketed and which

overheating occurred, in part, due to the failure of Praxair Healthcare Services, Incorporated, to maintain the concentrator.

13. Additionally, Plaintiff alleges that Praxair Healthcare Services failed to instruct Laura Patton in the safe use of the concentrator and to warn of the dangers inherent in the use of the concentrator. These acts of negligence were a proximate cause of the death of Destiny Graham.

14. Plaintiff alleges that the design, manufacture and marketing of the smoke alarms by Kidde Fyrenetics, Inc., A UTC Fire & Security Company, was defective such that they failed to provide a timely warning to the occupants of the mobile home. The delay in discovering the fire allowed smoke to fill the home such that when the occupants did finally discover the fire, the degree of smoke then existing caused great confusion, difficulty breathing and prevented those who perished from escaping, ultimately leading to their deaths. Thus, the defective smoke detector was a producing cause of the injuries and deaths herein.

15. Pleading further, Plaintiff alleges that a defect in the electrical wiring of the mobile home existed which was a producing cause of the fire and the death of Destiny Graham. Defendants negligently wired the smoke detectors located within the mobile home and failed to include adequate smoke detectors. Such negligence was a proximate cause of the basis of this suit. This defect in the wiring rendered it unreasonably dangerous as designed, manufactured and marketed. The wiring was designed, manufactured and marketed by Spirit Homes, Inc., Spirit Homes, Inc., a division of Cavalier Enterprises, Inc., Cavalier Enterprises, Inc., Cavalier Enterprises of Alabama, Inc. and/or Discount Homes.

VI.

Plea In Intervention--5

14.   Roderick Keith Graham is a surviving parent of the decedent Destiny Graham and sues the Defendants for the wrongful death of his daughter for all damages to which he is entitled Pursuant to Texas Civil Practice and Remedies Code § 71.001, et seq. In addition, Roderick Keith Graham sues on behalf of the estate of Destiny Graham, deceased, for all damages to which she is entitled

**WHEREFORE, PREMISES CONSIDERED**, Intervenor, Roderick Keith Graham, respectfully prays that the parties take notice of the filing of this Plea in Intervention, and that upon a final hearing of the cause, judgment be entered for the Intervenor and against Defendants for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Intervenor may be entitled at law or in equity

Respectfully submitted,

Lauren Graham International P.L.L.C.

By: _____
Christopher L. Graham
Texas Bar No. 24047549
400 N. St. Paul Street, Suite #1000
Dallas, Texas 75201
Mailing Address:
P.O. Box 3009
Cedar Hill, Texas 75104
Tel. (214)673-3435
Fax (972)291-1223
Attorney for Intervenor
Roderick Keith Graham

Plea In Intervention--6

## CERTIFICATE OF SERVICE

ry $\underline{9}$ , 2008 a true and correct copy of Plaintiff's Petition in
ı person listed below by the method indicated

_____

Christopher L. Graham

e

ı

?70
pt Requested: 7006 0810 0004 3808 6951

ı/b/a CSC-Lawyers Inc.,

pt Requested: 7006 0810 0004 3808 6968

Spirit Homes, Inc.
Texas Secretary of State,
1019 Brazos Street,
Austin, Texas 78701
By Certified Mail, Return Receipt Requested: 7006 0810 0004 3808 6982

Spirit Homes, Inc., a division of Cavalier Enterprises, Inc.
CT Corporation System,
350 N. St. Paul Street,
Dallas, Texas 75201
By Certified Mail, Return Receipt Requested: 7006 0810 0004 6219 8064

Cavalier Enterprises, Inc.
CT Corporation System,
350 N. St. Paul Street,
Dallas, Texas 75201
By Certified Mail, Return Receipt Requested: 7006 0810 0004 6219 8071

Cavalier Home Builders, L.L.C f/k/a Cavalier Homes of Alabama, Inc.
CT Corporation System,
350 N. St. Paul Street,
Dallas, Texas 75201
By Certified Mail, Return Receipt Requested: 7006 0810 0004 6219 8088

Patricia Griffin d/b/a Discount Homes
P.O. Box 114,
Magnolia, Texas 77353-0114
By Certified Mail, Return Receipt Requested: 7006 0810 0004 6219 8095

Plea In Intervention--8

BRAD STEELE*

—————————————
Kevin Oden, Investigator

*BOARD CERTIFIED
– *Personal Injury Trial Law*
– *Civil Trial Law*
  *Texas Board of*
  *Legal Specialization*
– *Licensed in Texas and Oklahoma*

LAW OFFICE OF

# BRADLEY T. STEELE, P.C.

1101 JUDSON ROAD
LONGVIEW, TEXAS 75601

PH 903-234-8844
FAX 903-234-8848
*Email bradleysteele@sbcglobal net*
*Email kevinoden@sbcglobal net*

January 9, 2008

District Clerk - Harrison County
Attn: Bobbie Johnson
P O Box 1119
Marshall, Texas 75670

Re:   Cause No  08-0023; Clara Patton, et al vs  Invacare Corporation, et al

Dear Bobbie:

Enclosed please find our firm check no  15649 in the amount of $30 00 which is the amount for the jury fee which I did not pay for at the time of filing  In addition, I have enclosed our firm check no  15650 in the amount of $55 00 payable to the Secretary of State

Thank you for your assistance in this matter

Sincerely,

Cheryl Stevenson
Assistant to Bradley T  Steele

/cs
Enclosure



MACDONALD ✦ DEVIN
ATTORNEYS



FOR RECORD
COUNTY, TEX
DISTRICT COURT

2008 JAN 17  AM 10: 49

SHERRY GRIFFIS
BY: _____
DEPUTY

David M. Macdonald
Direct: 214 651 3300
dmacdonald@macdonalddevin.com

January 15, 2008

Ms. Mary Durham
Harrison County District Clerk
200 West Houston
Suite 234
Marshall, TX 75670

    Re:   Cause No. 08-0023; *Clara Patton et al V Invacare Corporation, et al*
           Our File No. 676/30

Dear Ms. Durham::

    Pursuant to our telephone conversation, please forward to me a copy of the Plea in Intervention which was filed on January 11, 2008 on behalf of Roderick Keith Graham in the above-referenced matter.

    I have enclosed our Firm's Check in the amount of $8.00 as payment for the certified copies. I have also enclosed a self-addressed, stamped envelope for your convenience.

               Sincerely,

               Tannis M. Stone
               Legal Assistant to
               David M. Macdonald

Enclosures
207941 1  00676/0030

# CLERKS CERTIFICATE OF SERVICE

I Clerk of the District Court of Harrison County, Texas, certify that

I executed the foregoing citation in Harrison County, Texas on the

___8___ day of _____Jan_____ 2008 by placing in the US Mail a true copy

of this citation, with a true copy of the aforesaid pleading attached thereto,

via certified mail Cause no. _08-0023_, addressed to

_Praxair Healthcare Service_____ and endorsed

thereon "return receipt requested", after having first endorsed on said copy

of said citation the date of mailing and the name and address of the within

named recipient, to certify which witness my hand officially this _8___

day of _____Jan_____ 2008.

---

**U.S. Postal Service™**
**CERTIFIED MAIL™**
(Domestic Mail Only; For delivery Information

7007 0220 0003 5127 7087

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

_08-0023_

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PRAXAIR HEALTHCARE SERVICES, INCORPATED
ITS REGISTERED AGENT
CORPORATION SERVICE CO
701 BRAZOS STREET, SUITE 1050
AUSTIN, TEXAS 78701

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Chris Hornsby_   ☑ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Christopher Hornsby   1/14/08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☒ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☒ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7007 0220 0003 5127 7087

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

**CT**

a Wolters Kluwer business

CT
350 North St Paul Street
Suite 2900
Dallas TX 75201

214 979 9450 tel
214 754 0921 fax
www.ctlegalsolutions.com

2008 JAN 18 AM 11: 36

SHERRY GRIFFIS

BY:
DEPUTY

January 14 2008

Christopher L Graham
Lauren Graham International P L L C
400 N St Paul, Suite 1000
Dallas TX 75201

Re  Roderick Keith Graham, Individually and on behalf of the Estate of Destiny Graham  Pltf /Intervenor vs  Invacare Corporation  et al
including Kidde Fyrnetics Inc , Dfts

Case No  080023

Dear Sir/Madam:

We are herewith returning the Letter, Plea in Intervention  Certificate of Service which we received regarding the above captioned matter

Kidde Fyrnetics Inc  is not listed on our records or on the records of the State of TX

Very truly yours

Sandra Galicia
Process Specialist

Log# 512977369

cc  71st Judicial District Court Harrison County, Texas
     Sherry Griffis  Clerk
     PO Box 1119
     Marshall Tx  75671

**LAUREN GRAHAM INTERNATIONAL P.L.L.C.**
California * New York * Texas * Mexico

C. Lauren Graham admitted CA, NY, TX          400 N. St. Paul St. Ste. #1000          Phone: 214-673-3435
Enrique Garcia "of counsel" admitted in Mexico only          Dallas, Texas 75201          Fax: 972-291-1223

2008 JAN 18   AM 11: 36

SHERRY GRIFF[..]

BY:
DEPUTY

January 8, 2008

**VIA CERTIFIED MAIL: 7006 0810 0004 3808 6951**
Harrison County District Clerk
P.O. Box 1119
Marshall, Texas 75671

      RE: Roderick Keith Graham v. Invacare et al, Plea in Intervention; Filing Fees

      Please find enclosed Plaintiff's Plea in Intervention and necessary filing fees. Send a file-stamped copy of the Plea back to my office in the pre-paid enclosed envelope. Please do not hesitate to contact our office if you have any questions.

      Thank you for your prompt attention to this matter.

Sincerely,

C. Lauren Graham, Esq.
Lauren Graham International PLLC

Cc: Bradley Steele
Law Offices of Bradley T. Steele
1101 Judson Road
Longview, Texas 75601
By Facsimile: (903) 234-8848

Glenn Perry
Sloan, Bagley, Hatcher & Perry
101 E. Whaley St.
P.O. Drawer 2909
Longview, TX 75606-2909
By Facsimile: (903) 757-7574

Invacare Corporation
David Macdonald,
Macdonald Devin

NO. 08-0023

FOR RECORD
N COUNTY, TEXAS
DISTRICT COURT

| | | |
|---|---|---|
| RODERICK KEITH GRAHAM, | § | IN THE DISTRICT COURT |
| INDIVIDUALLY AND ON BEHALF | | 2008 JAN 18  AM 11: 37 |
| OF THE ESTATE OF DESTINY | | SHERRY GRIFFIN |
| GRAHAM | | BY: |
| Plaintiff, | § | DEPUTY |
| | § | |
| V. | § | 71ST JUDICIAL DISTRICT |
| | § | |
| INVACARE CORPORATION, | § | |
| PRAXAIR HEATHCARE SERVICES, | § | |
| INC., KIDDE FYRNETICS, INC., | § | |
| SPIRIT HOMES, INC., SPIRIT | § | |
| HOMES, INC., A DIVISION OF | § | |
| CAVALIER ENTERPRISES, INC., | § | |
| CAVALIER ENTERPRISES, INC., | § | |
| CAVALIER HOME BUILDERS, | § | |
| L.L.C.F/K/A CAVALIER HOMES OF | § | |
| ALABAMA, INC. AND PATRICIA | § | |
| GRIFFIN D/B/A DISCOUNT HOMES | § | |
| Defendants. | § | OF HARRISON COUNTY, TEXAS |

## PLEA IN INTERVENTION

### TO THE HONORABLE JUDGE OF SAID COURT:

**NOW COMES** Roderick Keith Graham, hereinafter called Intervenor, and files this Plea in

Intervention, and in support hereof, shows the Court the following:

### I. PARTIES AND SERVICE

1. Plaintiff, Roderick Keith Graham whose residence is located in Dallas County, Texas

has appeared in this action individually and on behalf of the estate of Destiny Graham.

2. Defendant, Invacare Corporation, is a foreign corporation organized and existing

pursuant to the laws of a state other than Texas and whose principal place of business is a state other

Plea In Intervention--1

U.S. POSTAGE PAID
DALLAS TX
JAN 08
AMOUNT
$5.
00081

75201

0000

UNITED STATES
POSTAL SERVICE

7006 0810 0004 3808 6975

Lauren Graham International PLLC
P.O. Box 3009
Cedar Hill, Texas 75104

Kidde Fyrnetics, Inc.
CT Corporation System,
350 North St. Paul Street,
Dallas, Texas 75201



a Wolters Kluwer business

CT
350 North St  Paul Street
Suite 2900
Dallas TX 75201

214 9?? ?450 tel
214 754 0921 fax
www.ctlegalsolutions.com

FOR RECORD
COUNTY TEX
DISTRICT COURT

2008 JAN 18   AM 11: 36

SHERRY GRIFFIS

BY
DEPUTY

January 10, 2008

C  Lauren Graham
Lauren Graham International P L L C
400 N  St. Paul, Ste  #1000
Dallas, TX  75201

Re:  Roderick Keith Graham, Individually and on behalf of the Estate of Destiny Graham, Pltf /Intervenor vs  Invacare Corporation  et al
including Cavalier Enterprises  Inc . Dfts

Case No   080023

Dear Sir/Madam:

After checking our records and the records of the State of TX  it has been determined that C  T Corporation System is not the registered agent
for an entity by the name of Cavalier Enterprises  Inc

Accordingly  we are returning the documents received from you

Very truly yours

Sandra Galicia
Process Specialist

Log# 512966030

cc:  71st Judicial District Court Harrison County  Texas
      Sherry Griffis  Clerk.
      PO Box 1119
      Marshall  Tx  75671

Attorneys & Counselors

# LAUREN GRAHAM INTERNATIONAL P.L.L.C.

California * New York * Texas * Mexico

Lauren Graham admitted CA, NY, TX
Enrique Garcia "of counsel" admitted in Mexico only

400 N St Paul St. Ste #1000
Dallas, Texas 75201

Phone: 214-673-3435
Fax: 972-291-1223

2008 JAN 18  AM 11: 36

SHERRY GRIFFIS

BY:
DEPUTY

January 8, 2008

**VIA CERTIFIED MAIL: 7006 0810 0004 3808 6951**
Harrison County District Clerk
P.O. Box 1119
Marshall, Texas 75671

      RE: Roderick Keith Graham v. Invacare et al, Plea in Intervention; Filing Fees

      Please find enclosed Plaintiff's Plea in Intervention and necessary filing fees. Send a file-stamped copy of the Plea back to my office in the pre-paid enclosed envelope. Please do not hesitate to contact our office if you have any questions.

      Thank you for your prompt attention to this matter.

Sincerely,

C. Lauren Graham, Esq.
Lauren Graham International PLLC

    Cc: Bradley Steele
    Law Offices of Bradley T Steele
    1101 Judson Road
    Longview, Texas 75601
    By Facsimile: (903) 234-8848

    Glenn Perry
    Sloan Bagley Hatcher & Perry
    101 E. Whaley St.
    P.O. Drawer 2909
    Longview TX 75606-2909
    By Facsimile: (903) 757-7574

    Invacare Corporation
    David Macdonald
    Macdonald Devin

NO. 08-0023

| | | |
|---|---|---|
| RODERICK KEITH GRAHAM, | § | IN THE DISTRICT COURT |
| INDIVIDUALLY AND ON BEHALF | | |
| OF THE ESTATE OF DESTINY | | |
| GRAHAM | | |
| Plaintiff, | § | |
| | § | |
| V. | § | 71ST JUDICIAL DISTRICT |
| | § | |
| INVACARE CORPORATION, | § | |
| PRAXAIR HEATHCARE SERVICES, | § | |
| INC., KIDDE FYRNETICS, INC., | § | |
| SPIRIT HOMES, INC., SPIRIT | § | |
| HOMES, INC., A DIVISION OF | § | |
| CAVALIER ENTERPRISES, INC., | § | |
| CAVALIER ENTERPRISES, INC., | § | |
| CAVALIER HOME BUILDERS, | § | |
| L.L.C.F/K/A CAVALIER HOMES OF | § | |
| ALABAMA, INC. AND PATRICIA | § | |
| GRIFFIN D/B/A DISCOUNT HOMES | § | |
| Defendants. | § | OF HARRISON COUNTY, TEXAS |

## PLEA IN INTERVENTION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Roderick Keith Graham, hereinafter called Intervenor, and files this Plea in Intervention, and in support hereof, shows the Court the following:

### I. PARTIES AND SERVICE

1. Plaintiff, Roderick Keith Graham whose residence is located in Dallas County, Texas has appeared in this action individually and on behalf of the estate of Destiny Graham.

2. Defendant, Invacare Corporation, is a foreign corporation organized and existing pursuant to the laws of a state other than Texas and whose principal place of business is a state other

Plea In Intervention--1

14.    Roderick Keith Graham is a surviving parent of the decedent Destiny Graham and sues the Defendants for the wrongful death of his daughter for all damages to which he is entitled Pursuant to Texas Civil Practice and Remedies Code § 71.001, et seq. In addition, Roderick Keith Graham sues on behalf of the estate of Destiny Graham, deceased, for all damages to which she is entitled.

**WHEREFORE, PREMISES CONSIDERED,** Intervenor, Roderick Keith Graham, respectfully prays that the parties take notice of the filing of this Plea in Intervention, and that upon a final hearing of the cause, judgment be entered for the Intervenor and against Defendants for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Intervenor may be entitled at law or in equity.

Respectfully submitted,

Lauren Graham International P.L.L.C.

By: _____
Christopher L. Graham
Texas Bar No. 24047549
400 N. St. Paul Street, Suite #1000
Dallas, Texas 75201
Mailing Address:
P.O. Box 3009
Cedar Hill, Texas 75104
Tel. (214)673-3435
Fax (972)291-1223
Attorney for Intervenor
Roderick Keith Graham

Plea In Intervention--6



U.S. POSTAGE
PAID
DALLAS, TX
75222
JAN 08 '08
AMOUNT
$5.36
0008I010-20

75201

0000

UNITED STATES
POSTAL SERVICE

7006 0810 0004 6219 8071

Cavalier Enterprises, Inc. c/o
CT Corporation System,
350 N. St. Paul Street,
Dallas, Texas 75201

Lauren Graham International PLLC
P.O. Box 3009
Cedar Hill, Texas 75104

**CT**

a Wolters Kluwer business

CT
350 North St. Paul Street
Suite 2900
Dallas TX 75201

214 9?? 5450 tel
214 754 0921 fax
www.ctlegalsolutions.com

2008 JAN 18 AM 11: 36

SHERRY GRIFFIS
BY:_____
DEPUTY

January 10, 2008

C. Lauren Graham
Lauren Graham International P L L C
400 N. St. Paul, Ste #1000
Dallas TX 75201

Re: Roderick Keith Graham  Individually and on behalf of the Estate of Destiny Graham  Pltf /Intervenor vs  Invacare Corporation  et al
including Spirit Homes  Inc  a division of Cavalier Enterprises  Inc   Dfts

Case No  080023

Dear Sir/Madam:

After checking our records and the records of the State of TX, it has been determined that C T Corporation System is not the registered agent
for an entity by the name of Spirit Homes  Inc  a division of Cavalier Enterprises  Inc

Accordingly  we are returning the documents received from you

Very truly yours

Sandra Galicia
Process Specialist

Log# 512966008

cc:   71st Judicial District Court Harrison County  Texas
Sherry Griffis, Clerk
PO Box 1119
Marshall  Tx  75671

**LAUREN GRAHAM INTERNATIONAL P.L.L.C.**
Attorneys & Counselors
California * New York * Texas * Mexico

| | | |
|---|---|---|
| C. Lauren Graham admitted CA, NY, TX | 400 N. St. Paul St. Ste #1000 | Phone: 214-673-3435 |
| Enrique Garcia "of counsel" admitted in Mexico only | Dallas, Texas 75201 | Fax: 972-291-1223 |

2008 JAN 18  AM 11: 36

SHERRY GRIFFIS

BY:_____
DEPUTY

January 8, 2008

**VIA CERTIFIED MAIL: 7006 0810 0004 3808 6951**
Harrison County District Clerk
P.O. Box 1119
Marshall, Texas 75671

      RE: Roderick Keith Graham v. Invacare et al, Plea in Intervention; Filing Fees

      Please find enclosed Plaintiff's Plea in Intervention and necessary filing fees. Send a file-stamped copy of the Plea back to my office in the pre-paid enclosed envelope. Please do not hesitate to contact our office if you have any questions.

      Thank you for your prompt attention to this matter.

Sincerely,

C. Lauren Graham, Esq.
Lauren Graham International PLLC

      Cc: Bradley Steele
      Law Offices of Bradley I. Steele
      1101 Judson Road
      Longview, Texas 75601
      By Facsimile: (903) 234-8848

      Glenn Perry
      Sloan Bagley Hatcher & Perry
      101 E. Whaley St.
      P.O. Drawer 2909
      Longview TX 75606-2909
      By Facsimile: (903) 757-7574

      Invacare Corporation
      David Macdonald
      Macdonald Devin

NO. 08-0023

| | | |
|---|---|---|
| RODERICK KEITH GRAHAM, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF DESTINY GRAHAM Plaintiff, | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| V. | § | 71ST JUDICIAL DISTRICT |
| | § | |
| INVACARE CORPORATION, PRAXAIR HEATHCARE SERVICES, INC., KIDDE FYRNETICS, INC., SPIRIT HOMES, INC., SPIRIT HOMES, INC., A DIVISION OF CAVALIER ENTERPRISES, INC., CAVALIER ENTERPRISES, INC., CAVALIER HOME BUILDERS, L.L.C.F/K/A CAVALIER HOMES OF ALABAMA, INC. AND PATRICIA GRIFFIN D/B/A DISCOUNT HOMES Defendants. | § § § § § § § § § § § § | OF HARRISON COUNTY, TEXAS |

## PLEA IN INTERVENTION

### TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Roderick Keith Graham, hereinafter called Intervenor, and files this Plea in Intervention, and in support hereof, shows the Court the following:

## I. PARTIES AND SERVICE

1.      Plaintiff, Roderick Keith Graham whose residence is located in Dallas County, Texas has appeared in this action individually and on behalf of the estate of Destiny Graham

2      Defendant, Invacare Corporation, is a foreign corporation organized and existing pursuant to the laws of a state other than Texas and whose principal place of business is a state other

Plea In Intervention--1

14    Roderick Keith Graham is a surviving parent of the decedent Destiny Graham and sues the Defendants for the wrongful death of his daughter for all damages to which he is entitled Pursuant to Texas Civil Practice and Remedies Code § 71.001, et seq. In addition, Roderick Keith Graham sues on behalf of the estate of Destiny Graham, deceased, for all damages to which she is entitled

**WHEREFORE, PREMISES CONSIDERED**, Intervenor, Roderick Keith Graham, respectfully prays that the parties take notice of the filing of this Plea in Intervention, and that upon a final hearing of the cause, judgment be entered for the Intervenor and against Defendants for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Intervenor may be entitled at law or in equity.

Respectfully submitted,

Lauren Graham International P.L.L.C.

By: _____
Christopher L. Graham
Texas Bar No. 24047549
400 N. St. Paul Street, Suite #1000
Dallas, Texas 75201
Mailing Address:
P.O. Box 3009
Cedar Hill, Texas 75104
Tel. (214)673-3435
Fax. (972)291-1223
Attorney for Intervenor
Roderick Keith Graham

Plea In Intervention--6

U.S. POSTAGE
PAID
DALLAS,TX
JAN 08 08
75222
AMOUNT
$5.30
00081010

75201

UNITED STATES
POSTAL SERVICE

0000

7006 0810 0004 6219 8064

Lauren Graham International PLLC
P.O. Box 3009
Cedar Hill, Texas 75104

Spirit Homes, Inc., a division of Cavalier
Enterprises, Inc. c/o
CT Corporation System,
350 N. St. Paul Street,
Dallas, Texas 75201

# CT

a Wolters Kluwer business

CT
350 North St. Paul Street
Suite 2900
Dallas, TX 75201

214 979 9450 tel
214 754 0921 fax
www.ctlegalsolutions.com

FOR RECORD
COUNTY, TEXAS
STRICT COURT

2008 JAN 22 AM 11: 33

SHERRY GRIFFIS

BY:
DEPUTY

January 10, 2008

Bradley T. Steele
Law Office of Bradley T. Steele
1101 Judson Road,
Longview, TX  75601

Re: Roderick Keith Graham, Individually and on behalf of the Estate of Destiny Graham, Pltf./Intervenor vs Invacare Corporation, et al  including Cavalier Enterprises, Inc., Dfts

Case No. 080023

Dear Sir/Madam:

After checking our records and the records of the State of TX, it has been determined that C T Corporation System is not the registered agent for an entity by the name of Cavalier Enterprises, Inc.,

Accordingly, we are returning the documents received from you.

Very truly yours,

Marie-Dominique Sheeter
Process Specialist

Log# 512966574

cc:  71st Judicial District Court of Harrison County
       ,
       , TX

CAUSE NO. 08-0023

IN THE 71ST JUDICIAL DISTRICT COURT
OF HARRISON COUNTY, TEXAS

PLAINTIFF: CLARA PATTON, IND. AND ON BEHALF OF THE
ESTATE OF LAURA PATTON, DECEASED, ET AL

VS.

DEFENDANT: INVACARE CORPORATION, PRAXAIR HEALTHCARE
SERVICES, INC., ET AL

2008 JAN 22  AM 11: 33

SHERIFF OFFICE

BY: _____
DEPUTY

## CITATION

TO: THE SHERIFF OR ANY CONSTABLE OF TEXAS
   OR ANY OTHER AUTHORIZED PERSON
TO: CAVALIER ENTERPRISES, INC.
   ITS REGISTERED AGENT
   C T CORPORATION SYSTEM
   350 NORTH ST. PAUL STREET
   DALLAS, TEXAS 75201

THE STATE OF TEXAS
COUNTY OF HARRISON

Attached is a copy of PLAINTIFFS' ORIGINIAL PETITION. This instrument was filed on the 7TH day of JANUARY, 2008, in the above cited cause number and court. The instrument attached describes the claim against you
You have been sued  You may employ an attorney  If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you
TO OFFICER SERVING:
This citation is issued 8TH day of JANUARY, 2008, under my hand and seal of said Court.

SHERRY GRIFFIS, DISTRICT CLERK
HARRISON COUNTY, TEXAS
Harrison County Courthouse
Marshall, Texas 75670

SEAL

BY _____
DEPUTY

Issued at the request of
BRADLEY T STEELE
P. O. DRAWER 2909
LONGVIEW, TEXAS 75606

---

### OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___.m , on the _____ day of _____, 20__
Executed at _____ in _____ County at _____ o'clock ___.m.
on the _____ day of _____, 20__, by delivering to _____
defendant, in person, a true copy of this citation together with the accompanying copy of the petition
attached thereto and I endorsed on said copy of the citation the date of delivery
To certify which I affix my hand officially this _____ day of _____, 20__
       Fee $_____

_____ of _____ County, Texas
by_____ deputy

_____
       affiant

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared  After being duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.
SWORN TO AND SUBSCRIBED BEFORE ME ON _____, 20__.

_____
Notary Public

CAUSE NO. _08'0023_

FOR RECORD
COUNTY, TEXAS
DISTRICT COURT

2008 JAN -7 PM 1:53

SHERRY GRIFFIS

BY:_____
DEPUTY

| | |
|---|---|
| CLARA PATTON, IND. AND ON BEHALF § | IN THE DISTRICT COURT OF |
| OF THE ESTATE OF LAURA PATTON, § | |
| DECEASED; KIMBERLY GRAHAM, § | |
| IND. AND ON BEHALF OF THE ESTATES§ | |
| OF DESTINY GRAHAM, DECEASED, § | |
| AND DA'MARCUS KING, DECEASED; § | |
| LAUMARKO KING; DESHAWN BROWN § | |
| AND CASSANDRA BROWN, IND. AND § | |
| ON BEHALF OF THE ESTATE OF § | |
| NATHANIAL BROWN, DECEASED, AND § | |
| AS NEXT FRIEND FOR JOHN "C.J." § | |
| BROWN, A MINOR; JAMES DAVISON, JR§ | |
| AND DEBBIE ROCKWELL, IND. AND ON§ | |
| BEHALF OF THE ESTATE OF § | |
| TESHAREME DAVISON, DECEASED § | HARRISON COUNTY, TEXAS |
| § | |
| VS. § | |
| § | |
| INVACARE CORPORATION, PRAXAIR § | |
| HEALTHCARE SERVICES, INC., KIDDE § | |
| FYRNETICS, INC., SPIRIT HOMES, INC., § | |
| SPIRIT HOMES, INC., A DIVISION OF § | |
| CAVALIER ENTERPRISES, INC., § | |
| CAVALIER ENTERPRISES, INC., § | |
| CAVALIER HOME BUILDERS, L.L.C. § | |
| F/K/A CAVALIER HOMES OF § | |
| ALABAMA, INC. AND § | |
| PATRICIA B. GRIFFIN D/B/A § | |
| DISCOUNT HOMES, INC. § | 71ST JUDICIAL DISTRICT |

## PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW CLARA PATTON, IND. AND ON BEHALF OF THE ESTATE OF LAURA

PATTON, DECEASED, KIMBERLY GRAHAM, INDIVIDUALLY AND ON BEHALF OF THE

ESTATE(S) OF DESTINY GRAHAM, DECEASED, AND DA'MARCUS KING, DECEASED,

LAUMARKO KING, DESHAWN BROWN AND CASSANDRA BROWN, INDIVIDUALLY

AND ON BEHALF OF THE ESTATE OF NATHANIEL BROWN, DECEASED, AND AS NEXT

SHERRY GRIFFIS
**HARRISON COUNTY DISTRICT CLERK**
206 WEST HOUSTON, STE 234
MARSHALL, TX 75670

RETURN RECEIPT REQUESTED



CERTIFIED MAIL

7007 0220 0003 5127 7094

CAVALIER ENTERPRISES, INC.
ITS REGISTERED AGENT
C T CORPORATION SYSTEM
350 NORTH ST. PAUL STREET
DALLAS, TEXAS 75201



UNITED STATES POSTAGE

02 1A
0004433501
MAILED FROM ZIP CODE 75670

$05.55⁰
JAN 09 2008
PITNEY BOWES

**CT**
a Wolters Kluwer business

CT
350 North St Paul Street
Suite 2900
Dallas, TX 75201

214 979 9450 tel
214 754 0921 fax
www.ctlegalsolutions.com

2008 JAN 25 AM 10: 13

SHERRY GRIFFIS

BY
DEPUTY

January 10, 2008

Bradley T Steele
Law Office of Bradley T Steele
1101 Judson Road,
Longview, TX 75601

Re:  Clara Patton, Individually, and on Behalf of the Estate of Laura Patton, Deceased, Kimberly Graham, individually and on Behalf of the Estates of Destiny Graham, Deceased, et al , Pltfs vs Invacare Corporation, et al including Kidde Frynetics, Inc , Dfts

Case No   080023

Dear Sir/Madam:

We are herewith returning the Citation, Original Petition which we received regarding the above captioned matter

Kidde Frynetics, Inc is not listed on our records or on the records of the State of TX

Very truly yours,

Wilma Tyler
Process Specialist

Log# 512964999

cc:  71st Judicial District Court Harrison County, Texas
      Sherry Griffis, Clerk,
      PO Box 1119,
      Marshall, Tx  75671



## Texas Secretary of State
### Phil Wilson

**UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout**

**FIND GLOBAL NAME SEARCH**

This search was performed on with the following search parameter:
**ENTITY NAME :** kidde fyrnetics inc

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|------|---------------|------|-------------|---------------|-----------|-------------|
| ○ | 708801522 | ANTIQUES DE FRANCE, LC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |

[ Return to Order ]   [ New Search ]

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

IN THE 71ST JUDICIAL DISTRICT COURT
OF HARRISON COUNTY, TEXAS

PLAINTIFF: CLARA PATTON, IND. AND ON BEHALF OF THE
ESTATE OF LAURA PATTON, DECEASED, ET AL

VS

# COPY

DEFENDANT: INVACARE CORPORATION, PRAXAIR HEALTHCARE
SERVICES, INC., ET AL

## CITATION

TO: THE SHERIFF OR ANY CONSTABLE OF TEXAS
OR ANY OTHER AUTHORIZED PERSON

TO: KIDDE FYRNETICS, INC.
ITS REGISTERED AGENT
C T CORPORATION SYSTEM
350 NORTH ST. PAUL STREET
DALLAS, TEXAS 75201

THE STATE OF TEXAS
COUNTY OF HARRISON

Attached is a copy of PLAINTIFFS' ORIGINIAL PETITION. This instrument was filed on the 7TH day of JANUARY, 2008, in the above cited cause number and court. The instrument attached describes the claim against you.
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.
TO OFFICER SERVING:
This citation is issued 8TH day of JANUARY, 2008, under my hand and seal of said Court.

SEAL

SHERRY GRIFFIS, DISTRICT CLERK
HARRISON COUNTY, TEXAS
Harrison County Courthouse
Marshall, Texas 75670

BY _____
DEPUTY

Issued at the request of
BRADLEY T. STEELE
P. O. DRAWER 2909
LONGVIEW, TEXAS 75606

---

### OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock __.m., on the _____ day of _____, 20__.
Executed at _____ in _____ County at _____ o'clock __ m.
on the _____ day of _____, 20__, by delivering to _____
defendant, in person, a true copy of this citation together with the accompanying copy of the petition attached thereto and I endorsed on said copy of the citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, 20__.
Fee $_____

_____         _____ of _____ County, Texas
affiant                                by_____ deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.
SWORN TO AND SUBSCRIBED BEFORE ME ON _____, 20__

_____
Notary Public

CAUSE NO. 08-0023

| | | |
|---|---|---|
| CLARA PATTON, IND. AND ON BEHALF OF THE ESTATE OF LAURA PATTON, DECEASED; KIMBERLY GRAHAM, IND. AND ON BEHALF OF THE ESTATES OF DESTINY GRAHAM, DECEASED, AND DA'MARCUS KING, DECEASED; LAUMARKO KING; DESHAWN BROWN AND CASSANDRA BROWN, IND. AND ON BEHALF OF THE ESTATE OF NATHANIAL BROWN, DECEASED, AND AS NEXT FRIEND FOR JOHN "C.J." BROWN, A MINOR; JAMES DAVISON, JR. AND DEBBIE ROCKWELL, IND. AND ON BEHALF OF THE ESTATE OF TESHAREME DAVISON, DECEASED | § § § § § § § § § § § § § § § | IN THE DISTRICT COURT OF |
| | | 2008 JAN -7  PM 4: 52 |
| | | SHERRY _____ |
| | | BY: _____ |
| | | DEPUTY |
| VS. | § § § | HARRISON COUNTY, TEXAS |
| INVACARE CORPORATION, PRAXAIR HEALTHCARE SERVICES, INC., KIDDE FYRNETICS, INC., SPIRIT HOMES, INC., SPIRIT HOMES, INC., A DIVISION OF CAVALIER ENTERPRISES, INC., CAVALIER ENTERPRISES, INC., CAVALIER HOME BUILDERS, L.L.C. F/K/A CAVALIER HOMES OF ALABAMA, INC. AND PATRICIA B. GRIFFIN D/B/A DISCOUNT HOMES, INC. | § § § § § § § § § § § § § | 71ST JUDICIAL DISTRICT |

## PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW CLARA PATTON, IND. AND ON BEHALF OF THE ESTATE OF LAURA

PATTON, DECEASED, KIMBERLY GRAHAM, INDIVIDUALLY AND ON BEHALF OF THE

ESTATE(S) OF DESTINY GRAHAM, DECEASED, AND DA'MARCUS KING, DECEASED,

LAUMARKO KING, DESHAWN BROWN AND CASSANDRA BROWN, INDIVIDUALLY

AND ON BEHALF OF THE ESTATE OF NATHANIEL BROWN, DECEASED, AND AS NEXT

Respectfully submitted,

LAW OFFICE OF
BRADLEY T. STEELE
1101 Judson Road
Longview, Texas 75601
(903) 234-8844
Fax: (903) 234-8848

BY: _____
BRADLEY T. STEELE
STATE BAR NO. 19099350

Attorney for Clara Patton, Kimberly Graham
Laumarko King, Deshawn and Cassandra
Brown


SLOAN, BAGLEY, HATCHER & PERRY
101 E. Whaley St
P.O. Drawer 2909
Longview, TX 75606-2909
(903) 757-7000
Fax: (903) 757-7574

BY: _____
GLENN A. PERRY
STATE BAR NO. 1580150

Attorney for James Davison, Jr. and Debbie
Rockwell


## PLAINTIFFS HEREBY RESPECTFULLY DEMAND A TRIAL BY JURY

**CT**
a Wolters Kluwer business

CT .
350 North St Paul Street
Suite 2900
Dallas TX 75201

214 979 9450 tel
214 754 0921 fax
www.ctlegalsolutions.com

2008 JAN 25  AM 10: 43

SHERRY GRIFFIS

BY:
DEPUTY

January 10, 2008

Bradley T Steele
Law Office of Bradley T Steele
1101 Judson Road,
Longview, TX  75601

Re:  Clara Patton, Individually, and on Behalf of the Estate of Laura Patton, Deceased, Kimberly Graham,
individually and on Behalf of the Estates of Destiny Graham, Deceased, et al , Pltfs  vs  Invacare Corporation,
et al  including Spirit Homes, Inc , Dfts

Case No  080023

Dear Sir/Madam:

After checking our records and the records of the State of TX, it has been determined that C T Corporation
System is not the registered agent for an entity by the name of Spirit Homes, Inc

Accordingly, we are returning the documents received from you

Very truly yours,

Wilma Tyler
Process Specialist

Log# 512964806

cc:  71st Judicial District Court Harrison County, Texas
     Sherry Griffis, Clerk,
     PO Box 1119,
     Marshall, Tx  75671

# Texas Secretary of State
## Phil Wilson

**UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout**

## FIND GLOBAL NAME SEARCH

This search was performed on with the following search parameter:
**ENTITY NAME :** spirit homes, inc

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|---|---|---|---|---|---|---|
| O | 52093300 | SPIRIT HOMES, INC. | Domestic For-Profit Corporation | Forfeited existence | Legal | Inactive |
| O | 134396800 | SPIRIT HOMES, INC | Domestic For-Profit Corporation | Voluntarily dissolved | Legal | Inactive |
| O | 703521922 | SPIRIT HOMECARE | Domestic Limited Liability Company (LLC) | In existence | Assumed | Active |
| O | 800261444 | SPIRIT HOMECRAFTERS | Domestic For-Profit Corporation | Forfeited existence | Assumed | Entity Inactive |
| O | 800261444 | SPIRIT HOME BUILDERS, INC. | Domestic For-Profit Corporation | Forfeited existence | Legal | Inactive |
| O | 800261444 | Spirit Home Builders | Domestic For-Profit Corporation | Forfeited existence | Assumed | Entity Inactive |
| O | 800833408 | Spirit Home Health, Inc. | Domestic For-Profit Corporation | In existence | Legal | In use |
| O | 800774710 | SUN SPIRIT HOMES, L.L.C. | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| O | 800186877 | HIGH SPIRIT HOMEBUILDERS LC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| O | 104077800 | GENTEL SPIRIT HOMES, INC | Domestic For-Profit Corporation | Forfeited existence | Legal | Prior |

Records 1 to 10 of 23 scroll   **Next >>**   OR  proceed to page [    ] of 3 pages  **GO**

[ Return to Order ]   [ New Search ]

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button

# Texas Secretary of State
## Phil Wilson

**UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase |** Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 52093300 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | June 6, 1980 | **Entity Status:** | Forfeited existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 17421096227 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | SPIRIT HOMES, INC. | | |
| **Address:** | [ADDRESS NOT PROVIDED] | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Name | Address | Inactive Date |
|---|---|---|
| Stephen Marburger | 15502 BABCOCK RD. San Antonio, TX 78255 USA | |

Order      Return to Search

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# Texas Secretary of State
## Phil Wilson

UCC | **Business Organizations** | **Trademarks** | **Account** | **Help/Fees** | **Briefcase** | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 134396800 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | February 2, 1995 | **Entity Status:** | Voluntarily dissolved |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 30117647286 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** SPIRIT HOMES, INC.

**Address:** 1702 S HIGHWAY 121 SUITE 410
Lewisville, TX 75067 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Name** | **Address** | | | | **Inactive Date** |
| [No Name Provided] | [ADDRESS NOT PROVIDED] [CITY NOT PROVIDED], [STATE NOT PROVIDED] USA | | | | |

[Order] [Return to Search]

Instructions:
● To place an order for additional information about a filing press the 'Order' button

CAUSE NO. 08-0023

IN THE 71ST JUDICIAL DISTRICT COURT
OF HARRISON COUNTY, TEXAS

PLAINTIFF: CLARA PATTON, IND. AND ON BEHALF OF THE
ESTATE OF LAURA PATTON, DECEASED, ET AL

VS

# COPY

DEFENDANT: INVACARE CORPORATION, PRAXAIR HEALTHCARE
SERVICES, INC., ET AL

## CITATION

TO: THE SHERIFF OR ANY CONSTABLE OF TEXAS
OR ANY OTHER AUTHORIZED PERSON

THE STATE OF TEXAS
COUNTY OF HARRISON

TO: SPIRIT HOMES, INC.
ITS REGISTERED AGENT
C T CORPORATION SYSTEM
350 NORTH ST. PAUL STREET
DALLAS, TEXAS 75201

Attached is a copy of PLAINTIFFS' ORIGINIAL PETITION. This instrument was filed on the 7TH day of JANUARY, 2008, in the above cited cause number and court. The instrument attached describes the claim against you

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

This citation is issued 8TH day of JANUARY, 2008, under my hand and seal of said Court.

SHERRY GRIFFIS, DISTRICT CLERK
HARRISON COUNTY, TEXAS
Harrison County Courthouse
Marshall, Texas 75670

SEAL

BY _____
DEPUTY

Issued at the request of
BRADLEY T. STEELE
P. O. DRAWER 2909
LONGVIEW, TEXAS 75606

---

## OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock __ m , on the _____ day of _____, 20___.
Executed at _____ in _____ County at _____ o'clock __ m
on the _____ day of _____, 20___, by delivering to _____
defendant, in person, a true copy of this citation together with the accompanying copy of the petition attached thereto and I endorsed on said copy of the citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, 20___.

Fee $_____

_____ of _____ County, Texas
by _____ deputy

affiant
On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.
SWORN TO AND SUBSCRIBED BEFORE ME ON _____, 20___

_____
Notary Public

CAUSE NO. _08 0023_

FOR RECORD
COUNTY, TEX
STR T COURT

2008 JAN -7 PM 1:52

SHERRY GRIFFIS

BY:_____
DEPUTY

CLARA PATTON, IND. AND ON BEHALF §
OF THE ESTATE OF LAURA PATTON, §
DECEASED; KIMBERLY GRAHAM, §
IND. AND ON BEHALF OF THE ESTATES §
OF DESTINY GRAHAM, DECEASED, §
AND DA'MARCUS KING, DECEASED; §
LAUMARKO KING; DESHAWN BROWN §
AND CASSANDRA BROWN, IND. AND §
ON BEHALF OF THE ESTATE OF §
NATHANIAL BROWN, DECEASED, AND §
AS NEXT FRIEND FOR JOHN "C.J." §
BROWN, A MINOR; JAMES DAVISON, JR. §
AND DEBBIE ROCKWELL, IND. AND ON §
BEHALF OF THE ESTATE OF §
TESHAREME DAVISON, DECEASED §
§
VS. §
§
§
INVACARE CORPORATION, PRAXAIR §
HEALTHCARE SERVICES, INC., KIDDE §
FYRNETICS, INC., SPIRIT HOMES, INC., §
SPIRIT HOMES, INC., A DIVISION OF §
CAVALIER ENTERPRISES, INC., §
CAVALIER ENTERPRISES, INC., §
CAVALIER HOME BUILDERS, L.L.C. §
F/K/A CAVALIER HOMES OF §
ALABAMA, INC. AND §
PATRICIA B. GRIFFIN D/B/A §
DISCOUNT HOMES, INC. §

IN THE DISTRICT COURT OF

HARRISON COUNTY, TEXAS

71ST JUDICIAL DISTRICT

## PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW CLARA PATTON, IND. AND ON BEHALF OF THE ESTATE OF LAURA

PATTON, DECEASED, KIMBERLY GRAHAM, INDIVIDUALLY AND ON BEHALF OF THE

ESTATE(S) OF DESTINY GRAHAM, DECEASED, AND DA'MARCUS KING, DECEASED,

LAUMARKO KING, DESHAWN BROWN AND CASSANDRA BROWN, INDIVIDUALLY

AND ON BEHALF OF THE ESTATE OF NATHANIEL BROWN, DECEASED, AND AS NEXT

Respectfully submitted,

LAW OFFICE OF
BRADLEY T. STEELE
1101 Judson Road
Longview, Texas 75601
(903) 234-8844
Fax: (903) 234-8848

BY:

BRADLEY T. STEELE
STATE BAR NO  19099350

Attorney for Clara Patton, Kimberly Graham
Laumaiko King, Deshawn and Cassandra
Brown


SLOAN, BAGLEY, HATCHER & PERRY
101 E  Whaley St
P O  Drawer 2909
Longview, TX 75606-2909
(903) 757-7000
Fax: (903) 757-7574

BY:

GLENN A  PERRY
STATE BAR NO  1580150

Attorney for James Davison, Jr  and Debbie
Rockwell


**PLAINTIFFS HEREBY RESPECTFULLY DEMAND A TRIAL BY JURY**



MACDONALD ⊖ DEVIN
ATTORNEYS

David M. Macdonald
Direct: 214 651 3300
dmacdonald@macdonalddevin.com

January 25, 2008

Ms. Sherry Griffis                                    *Via Federal Express*
Harrison County District Clerk
Harrison County Courthouse
200 West Houston, Suite 234
Marshall, TX 75671

      Re:    Cause No. 08-0023, *Clara Patton, Individually and on Behalf of the Estate of Laura*
           *Patton, Deceased, et al. v. Invacare Corporation, et al.*, 71st Judicial District Court,
           Harrison County, Texas

Dear Ms. Griffis:

    Enclosed please find the original and one copy of Defendant Invacare Corporation's Original
Answer to Plaintiffs' Original Petition. Please file the original among the papers in this action and
return the file-stamped copy to the undersigned via the enclosed stamped and self-addressed
envelope.

    If you have any questions, please let me know.

                        Sincerely,

                        David M. Macdonald

DMM:jdl
Enclosures
209236 676/30

Ms Sherry Griffis
January 25, 2008
Page 2


cc:     (with enclosure)

        Mr Bradley T Steele                          *Via CMRRR 7005 3110 0000 5082 0352*
        Law Office of Bradley T Steele
        1101 Judson Road
        Longview, TX 75601

        Mr Glenn A. Perry                            *Via CMRRR 7005 3110 0000 5082 0369*
        Sloan, Bagley, Hatcher & Perry
        101 E. Whaley St.
        P.O. Drawer 2909
        Longview, TX 75606-2909

        Mr Christopher L Graham                      *Via Regular U.S. Mail*
        Lauren Graham International P L.L.C
        400 N St Paul Street, Suite #1000
        Dallas, TX 75201

CAUSE NO. 08-0023

| | | |
|---|---|---|
| CLARA PATTON, IND. AND ON BEHALF OF THE ESTATE OF LAURA PATTON, DECEASED; KIMBERLY GRAHAM, IND. AND ON BEHALF OF THE ESTATES OF DESTINY GRAHAM, DECEASED, AND DA'MARCUS KING, DECEASED; LAUMARKO KING; DESHAWN BROWN AND CASSANDRA BROWN, IND. AND ON BEHALF OF THE ESTATE OF NATHANIAL BROWN, DECEASED, AND AS NEXT FRIEND FOR JOHN "C.J." BROWN, A MINOR; JAMES DAVISON, JR. AND DEBBIE ROCKWELL, IND. AND ON BEHALF OF THE ESTATE OF TESHAREME DAVISON, DECEASED | § § § § § § § § § § § § § § § § | IN THE DISTRICT COURT OF |
| Plaintiffs, | § § | |
| VS. | § § | HARRISON COUNTY, TEXAS |
| INVACARE CORPORATION, PRAXAIR HEALTHCARE SERVICES, INC., KIDDE FYRNETICS, INC., SPIRIT HOMES, INC., SPIRIT HOMES, INC., A DIVISION OF CAVALIER ENTERPRISES, INC., CAVALIER ENTERPRISES, INC., CAVALIER HOME BUILDERS, L.L.C. F/K/A CAVALIER HOMES OF ALABAMA, INC. AND PATRICIA B. GRIFFIN D/B/A DISCOUNT HOMES, INC. | § § § § § § § § § § § § | |
| Defendants. | § | 71ST JUDICIAL DISTRICT |

## DEFENDANT INVACARE CORPORATION'S ORIGINAL ANSWER
## TO PLAINTIFFS' ORIGINAL PETITION

## TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant Invacare Corporation, and files its Original Answer and Special Exceptions to Plaintiffs' Original Petition, and in support thereof shows as follows:

1    Defendant Invacare Corporation (hereinafter referred to as "Defendant") denies each and every, all and singular, the allegations contained in Plaintiffs' Original Petition, and any amendments thereto, and says that same are not true, in whole or in part, but demands strict proof thereof

2    Pleading further, if necessary, this Defendant affirmatively asserts that the negligence of one or more of the adult Plaintiffs was the sole cause, a proximate cause, a contributing cause, a new and independent cause, or a subsequent intervening cause of Plaintiffs' injuries and damages, if any.

3.    Pleading further, if necessary, this Defendant affirmatively asserts and pleads that Plaintiffs' injuries and damages, if any, were the result of a new and independent, intervening and/or superseding cause unrelated to any conduct of this Defendant or any product allegedly placed in the stream of commerce by this Defendant

4.    Pleading further, if necessary, this Defendant asserts and pleads that its alleged conduct was not the sole cause, a proximate cause, or a contributing cause, of any injuries or damages claimed by Plaintiffs.  Defendant further pleads and asserts that acts or omissions of persons or other parties, for which conduct this Defendant is not responsible and over which Defendant exercised no control or authority, were the sole proximate cause or contributing cause of the Plaintiffs' injuries and damages, if any

5       Pleading further, if necessary, this Defendant asserts and pleads that any recovery for any injury allegedly suffered by Plaintiffs is barred, in whole or in part, or should be reduced proportionately, by Plaintiffs' contributory and/or comparative negligence, fault, and want of due care. TEX. CIV. PRAC. & REM. CODE, § 33.001 *et seq*.

6       Pleading further, if necessary, Plaintiffs' claims against Defendant are barred based on this Defendant's compliance with all federal and state laws, rules and regulations applicable to this Defendant's alleged products.

7.      Pleading further, if necessary, if Plaintiffs should settle with any other person or party, then Defendant reserves its rights under Chapters 32 and 33 of the Texas Civil Practice and Remedies Code regarding an election of credit and reduction in the amount of damages to be recovered by the Plaintiffs.

8       Pleading further, if necessary, Defendant denies any and all alleged liability on its part with regard to the claims raised by Plaintiffs in this litigation. In the unlikely event, however, that the Court or any fact finder ultimately finds any liability against this Defendant and other Defendants, then this Defendant would avail itself to the rights of contribution and indemnity against said other Defendants pursuant to § 33.011 *et seq*. of TEX. CIV. PRAC. & REM. CODE and any other applicable statute or common law rule.

9.      Pleading further, if necessary, the injuries and damages allegedly sustained by Plaintiffs, if any, can be attributed to several causes and accordingly should be apportioned among the various causes according to the contribution of such cause to the harm sustained.

10.    Pleading further, if necessary, to the extent that Plaintiffs seek pre-judgment interest from this Defendant, this Defendant asserts the limitations for pre-judgment interest set forth in the Texas Finance Code.

11    Pleading further, if necessary, Defendant invokes the provisions of Tex. Civ. Prac. & Rem. Code § 33.003(a) to require that the trier of fact, as to each cause of action asserted, determine the percentage of responsibility with respect to each of the following persons with respect to each Claimant and each defendant causing or contributing to cause in any way the harm for which recovery of damages is sought, whether by negligent act or omission, by any defective or unreasonably dangerous product, or for other conduct or activity that violates an applicable legal standard, or by any combination of these

11.    Pleading further, if necessary, Defendant hereby gives notice that it intends to rely upon any other defense that may become available or appear during any discovery proceedings in this cause and hereby reserves its right to amend its answer to assert any such defense.

12.    Defendant incorporates by reference, to the extent applicable to this Defendant, any affirmative defenses raised by the other Defendants herein

13    Defendant demands a trial by jury

WHEREFORE, PREMISES CONSIDERED, Defendant Invacare Corporation respectfully prays that upon final hearing Plaintiffs take nothing from this Defendant; that Defendant recover its costs and fees in connection with this case; and that Defendant be awarded such other and further relief, both at law and in equity, to which this Defendant may show itself to be justly entitled.

Respectfully submitted,

MACDONALD DEVIN, P.C.

By: _____

David M. Macdonald
State Bar No. 12755300
Patrick F. Madden
State Bar No. 00787943
Jennifer D. LeBlanc
State Bar No. 24002473

3800 Renaissance Tower
1201 Elm Street
Dallas, TX 75270
(214) 744-3300
(214) 747-0942 (FAX)

ATTORNEYS FOR DEFENDANT
INVACARE CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to Plaintiffs' counsel via certified mail, return receipt requested, and via regular U.S. mail to all other counsel of record on this 25 day of January, 2008

_____
David M. Macdonald

# LOCKE LORD BISSELL & LIDDELL LLP

### ATTORNEYS & COUNSELORS

2200 Ross Avenue
Suite 2200
Dallas, TX 75201

ATLANTA • AUSTIN • CHICAGO • DALLAS • HOUSTON • LONDON
LOS ANGELES • NEW ORLEANS • NEW YORK • SACRAMENTO
WASHINGTON, D.C.

Phone: (214) 740-8000
Fax: (214) 740-8800
www.lockelord.com

Direct Number: (214) 740-8520
Direct Fax: (214) 756-8520
E-mail: mpowell@lockelord.com

January 29, 2008

Ms. Sherry Griffis
District Clerk
Harrison County Courthouse
200 West Houston Street, Suite 234
Marshall, Texas 75670

Re:   *Patton, et al v Invacare Corporation, et al*, No. 08-0023

Dear Ms. Griffis:

I am enclosing the original and one copy of the Original Answer of Defendant Praxair Healthcare Services, Inc., in the referenced action. Please file the original and return the copy to me in the enclosed envelope, showing the date filed.

As shown by my certificate, I have served copies on the attorneys for plaintiffs and the known attorneys for defendants.

Thank you for your attention to this matter.

Sincerely,

Michael V. Powell

cc:   Known counsel of record (w/encl.)

No. 08-0023

| | | |
|---|---|---|
| CLARA PATTON, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF LAURA PATTON, DECEASED; et al., | § § § § § § § | IN THE DISTRICT COURT |
| Plaintiffs, | § § | |
| vs | § § | |
| INVACARE CORPORATION, et. al., | § § | |
| Defendants | § § § | |
| RODERICK KEITH GRAHAM, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF DESTINY GRAHAM, | § § § § § | HARRISON COUNTY, TEXAS |
| Intervenor, | § § § | |
| vs. | § § | |
| INVACARE CORPORATION, et al., | § § | |
| Defendants. | § | 71ST JUDICIAL DISTRICT |

## ORIGINAL ANSWER OF DEFENDANT
## PRAXAIR HEALTHCARE SERVICES, INC.

TO THE HONORABLE JUDGE OF SAID COURT:

Praxair Healthcare Services, Inc. ("PHS"), named as a defendant by Plaintiffs and Intervenor in this action, files the following Original Answer to Plaintiffs' Original Petition and the Intervenor's Plea in Intervention in this action, and in support thereof would show as follows:

I.

PHS denies each and every, all and singular, the allegations of Plaintiffs' Original Petition and the Plea in Intervention, and demands strict proof thereof.

ORIGINAL ANSWER OF PRAXAIR HEALTHCARE SERVICES, INC.      PAGE 1

## II.

In the event Plaintiffs or Intervenor seek punitive or exemplary damages from PHS, PHS pleads and avails itself of all protections of Chapter 41 of the Texas Civil Practices and Remedies Code.

## III

The damages alleged in the petition and plea in intervention were not caused by the negligence or other fault of PHS or by any person or entity for whom PHS is responsible in law or fact.

## IV.

The damages alleged in the petition and plea in intervention were caused by intervening acts or omissions committed by one or more persons or entities for whom PHS is not responsible in law or fact.

## V

PHS demands determination of percentages of responsibility for all persons and entities whose responsibility may be determined under Tex. Civ. Prac. & Rem. Code § 33.003, including all claimants and all persons who may be designated as responsible third parties as to any claimant's claim.

WHEREFORE, PREMISES CONSIDERED, defendant Praxair Healthcare Services, Inc., prays that Plaintiffs and Intervenor will take nothing by this action, that Plaintiffs' Original Petition and the Plea in Intervention will be dismissed, and that said defendant will recover its costs and have all other relief to which it is entitled, special and general, in law and equity.

ORIGINAL ANSWER OF PRAXAIR HEALTHCARE SERVICES, INC        PAGE 2

Dated:  January 28, 2008

Respectfully submitted,

*Michael Powell*

Michael V. Powell
  Texas Bar No. 16204400
Matthew M. Hurt
  Texas Bar No. 24032450
LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas  75201-6776
Telephone:  (214) 740-8520
Telecopier:  (214) 756-8520

ATTORNEYS FOR DEFENDANT
PRAXAIR HEALTHCARE SERVICES, INC.

## CERTIFICATE OF SERVICE

I certify that true and correct copies of the foregoing Original Answer were mailed this

date by the United States Postal Service, postage prepaid, to the following counsel of record for

other parties:

Mr. Bradley T. Steele
1101 Judson Road
Longview, Texas  75601

Mr. Glenn A. Perry
Sloan, Bagley, Hatcher & Perry
P. O. Drawer 2909
Longview, Texas  75606-2909

Mr. Christopher L. Graham
Lauren Graham International PLLC
P. O. Box 3009
Cedar Hill, Texas  75104

Mr. David Macdonald
Macdonald, Devin
3800 Renaissance Tower
1201 Elm Street
Dallas, Texas  75270

Mr. Louis M. Scofield
MehaffyWeber
P. O. Box 16
Beaumont, Texas  77704-0016

Michael V. Powell



## CLERKS CERTIFICATE OF SERVICE

I Clerk of the District Court of Harrison County, Texas, certify that
I executed the foregoing citation in Harrison County, Texas on the
___8___ day of _Jan_ 2008 by placing in the US Mail a true copy
of this citation, with a true copy of the aforesaid pleading attached thereto,
via certified mail, Cause no _08-0023_ addressed to
_Spirit Homes, Inc. Secretary of State_ and endorsed
thereon "return receipt requested", after having first endorsed on said copy
of said citation the date of mailing and the name and address of the within
named recipient, to certify which witness my hand officially this ___8___
day of _Jan_ 2008.

**U.S. Postal Service**
**CERTIFIED MAIL**
**(Domestic Mail Only; No In**
For delivery information visit

_Spirit Hon_

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To
Street, Apt. No.; or PO Box No
City, State, ZIP+4

PS Form 3800, August 2006

7007 0220 0003 5127 5670

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SPIRIT HOMES, INC
SECRETARY OF STATE
CITATIONS UNIT
P O BOX 12079
AUSTIN, TEXAS 78711-2079

08-0023

2. Article Number
(Transfer from service label)      7007 0220 0003 5127 5670

PS Form 3811, August 2001     Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                     ☐ Agent
                                      ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

JAN 3 0 2008

3. Service Type
☑ Certified Mail   ☐ Express Mail
☑ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

102595-02-M-1540

CAUSE NO. 08-0023

PLAINTIFF: CLARA PATTON, IND. AND ON BEHALF OF THE
        ESTATE OF LAURA PATTON, DECEASED, ET AL

VS

DEFENDANT: INVACARE CORPORATION,PRAXAIR HEALTHCARE
        SERVICES, INC., ET AL

IN THE 71ST JUDICIAL DISTRICT COURT
OF HARRISON COUNTY, TEXAS

**COPY**

## CITATION

TO: <u>THE SHERIFF OR ANY CONSTABLE OF TEXAS</u>
    OR ANY OTHER AUTHORIZED PERSON

TO: **KIDDE FYRNETICS, INC.**
    **ITS REGISTERED AGENT**
    **C T CORPORATION SYSTEM**
    **350 NORTH ST. PAUL STREET**
    **DALLAS, TEXAS 75201**

THE STATE OF TEXAS
COUNTY OF HARRISON

Attached is a copy of PLAINTIFFS' ORIGINIAL PETITION. This instrument was filed on the 7TH day of JANUARY, 2008, in the above cited cause number and court. The instrument attached describes the claim against you.
    You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation is issued 8TH day of JANUARY, 2008, under my hand and seal of said Court.

SHERRY GRIFFIS, DISTRICT CLERK
HARRISON COUNTY, TEXAS
Harrison County Courthouse
Marshall, Texas 75670

SEAL

BY_____
            DEPUTY

Issued at the request of
BRADLEY T. STEELE
P. O. DRAWER 2909
LONGVIEW, TEXAS 75606

---

### OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___ m., on the _____ day of _____, 20___.
Executed at _____ in _____ County at ____ o'clock ___ m
on the _____ day of _____, 20__, by delivering to _____
defendant, in person, a true copy of this citation together with the accompanying copy of the petition attached thereto and I endorsed on said copy of the citation the date of delivery
To certify which I affix my hand officially this _____ day of _____, 20___
    Fee $_____

_____ of _____County, Texas
by_____deputy

_____
    affiant

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.
SWORN TO AND SUBSCRIBED BEFORE ME ON _____, 20__

_____
    Notary Public

CAUSE NO. 08-0023

PLAINTIFF: CLARA PATTON, IND. AND ON BEHALF OF THE
       ESTATE OF LAURA PATTON, DECEASED, ET AL

VS

DEFENDANT: INVACARE CORPORATION, PRAXAIR HEALTHCARE
       SERVICES, INC., ET AL

IN THE 71ST JUDICIAL DISTRICT COURT
OF HARRISON COUNTY, TEXAS

**COPY**

## CITATION

TO: <u>THE SHERIFF OR ANY CONSTABLE OF TEXAS</u>
    OR ANY OTHER AUTHORIZED PERSON
TO: SPIRIT HOMES, INC.
    ITS REGISTERED AGENT
    C T CORPORATION SYSTEM
    350 NORTH ST. PAUL STREET
    DALLAS, TEXAS 75201

THE STATE OF TEXAS
COUNTY OF HARRISON

      Attached is a copy of PLAINTIFFS' ORIGINIAL PETITION  This instrument was filed on the 7TH day of JANUARY, 2008, in the above cited cause number and court. The instrument attached describes the claim against you
      You have been sued. You may employ an attorney  If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.
TO OFFICER SERVING:
      This citation is issued 8TH day of JANUARY, 2008, under my hand and seal of said Court.

                SHERRY GRIFFIS, DISTRICT CLERK
                HARRISON COUNTY, TEXAS
    SEAL            Harrison County Courthouse
                Marshall, Texas 75670

                BY_____
                   DEPUTY

Issued at the request of
BRADLEY T. STEELE
P. O. DRAWER 2909
LONGVIEW, TEXAS 75606

---

### OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___.m., on the _____ day of _____, 20___
Executed at _____ in _____ County at _____ o'clock ___.m.
on the ____ day of _____, 20___, by delivering to _____
defendant, in person, a true copy of this citation together with the accompanying copy of the petition attached thereto and I endorsed on said copy of the citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, 20___
    Fee $_____

                    _____
                    _____ of _____ County, Texas
_____    by_____deputy
    affiant
On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared  After being duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.
SWORN TO AND SUBSCRIBED BEFORE ME ON _____, 20___.

                _____
                   Notary Public

CAUSE NO. 08-0023

IN THE 71ST JUDICIAL DISTRICT COURT
OF HARRISON COUNTY, TEXAS

PLAINTIFF: CLARA PATTON, IND. AND ON BEHALF OF THE
ESTATE OF LAURA PATTON, DECEASED, ET AL

VS

DEFENDANT: INVACARE CORPORATION, PRAXAIR HEALTHCARE
SERVICES, INC., ET AL

## CITATION

TO: THE SHERIFF OR ANY CONSTABLE OF TEXAS
OR ANY OTHER AUTHORIZED PERSON
TO: CAVALIER ENTERPRISES, INC.
ITS REGISTERED AGENT
C T CORPORATION SYSTEM
350 NORTH ST. PAUL STREET
DALLAS, TEXAS 75201

THE STATE OF TEXAS
COUNTY OF HARRISON

Attached is a copy of PLAINTIFFS' ORIGINIAL PETITION. This instrument was filed on the 7TH day of JANUARY, 2008, in the above cited cause number and court. The instrument attached describes the claim against you.
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.
TO OFFICER SERVING:
This citation is issued 8TH day of JANUARY, 2008, under my hand and seal of said Court.

SHERRY GRIFFIS, DISTRICT CLERK
HARRISON COUNTY, TEXAS
Harrison County Courthouse
Marshall, Texas 75670

SEAL

BY_____
DEPUTY

Issued at the request of
BRADLEY T. STEELE
P. O. DRAWER 2909
LONGVIEW, TEXAS 75606

---

### OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___ m., on the _____ day of _____, 20___.
Executed at _____ in _____ County at _____ o'clock ___ m.
on the _____ day of _____, 20___, by delivering to _____
defendant, in person, a true copy of this citation together with the accompanying copy of the petition
attached thereto and I endorsed on said copy of the citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, 20___.
Fee $_____

_____
_____ of _____ County, Texas
by_____deputy

_____
affiant
On this day, _____, known to me to be the person whose signature appears on the foregoing
return, personally appeared. After being duly sworn, he/she stated that this citation was executed by him/her in the exact
manner recited on the return.
SWORN TO AND SUBSCRIBED BEFORE ME ON _____, 20___.

_____
Notary Public

CAUSE NO. 08-0023

PLAINTIFF: CLARA PATTON, IND. AND ON BEHALF OF THE
ESTATE OF LAURA PATTON, DECEASED, ET AL

VS

DEFENDANT: INVACARE CORPORATION, PRAXAIR HEALTHCARE
SERVICES, INC., ET AL

IN THE 71ST JUDICIAL DISTRICT COURT
OF HARRISON COUNTY, TEXAS

**COPY**

## CITATION

TO: THE SHERIFF OR ANY CONSTABLE OF TEXAS
OR ANY OTHER AUTHORIZED PERSON

TO: CAVALIER HOME BUILDERS, L.L.C
ITS REGISTERED AGENT
C T CORPORATION SYSTEM
350 NORTH ST. PAUL STREET
DALLAS, TEXAS 75201

THE STATE OF TEXAS
COUNTY OF HARRISON

Attached is a copy of PLAINTIFFS' ORIGINIAL PETITION. This instrument was filed on the 7TH day of JANUARY, 2008, in the above cited cause number and court. The instrument attached describes the claim against you
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you
TO OFFICER SERVING:
This citation is issued 8TH day of JANUARY, 2008, under my hand and seal of said Court.

SHERRY GRIFFIS, DISTRICT CLERK
HARRISON COUNTY, TEXAS
Harrison County Courthouse
Marshall, Texas 75670

SEAL

BY_____
DEPUTY

Issued at the request of
BRADLEY T. STEELE
P. O. DRAWER 2909
LONGVIEW, TEXAS 75606

_____
## OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock __ m., on the _____ day of _____, 20__
Executed at _____ in _____ County at _____ o'clock __ m
on the _____ day of _____, 20__, by delivering to _____
defendant, in person, a true copy of this citation together with the accompanying copy of the petition
attached thereto and I endorsed on said copy of the citation the date of delivery
To certify which I affix my hand officially this _____ day of _____, 20__
Fee $_____

_____
_____ of _____County, Texas
by_____deputy

_____
affiant
On this day, _____, known to me to be the person whose signature appears on the foregoing
return, personally appeared. After being duly sworn, he/she stated that this citation was executed by him/her in the exact
manner recited on the return.
SWORN TO AND SUBSCRIBED BEFORE ME ON _____, 20__

_____
Notary Public

CAUSE NO. 08-0023

IN THE 71ST JUDICIAL DISTRICT COURT
OF HARRISON COUNTY, TEXAS

PLAINTIFF: CLARA PATTON, IND. AND ON BEHALF OF THE
ESTATE OF LAURA PATTON, DECEASED, ET AL

VS

COPY

DEFENDANT: INVACARE CORPORATION, PRAXAIR HEALTHCARE
SERVICES, INC., ET AL

## CITATION

TO: THE SHERIFF OR ANY CONSTABLE OF TEXAS
OR ANY OTHER AUTHORIZED PERSON

THE STATE OF TEXAS
COUNTY OF HARRISON

TO: PRAXAIR HEALTHCARE SERVICES, INCORPORATED
ITS REGISTERED AGENT
CORPORATION SERVICE COMPANY
701 BRAZOS STREET, SUITE 1050
AUSTIN, TEXAS 78701

Attached is a copy of PLAINTIFFS' ORIGINIAL PETITION  This instrument was filed on the 7TH day of
JANUARY, 2008, in the above cited cause number and court. The instrument attached describes the claim against you.
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the
District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of twenty days after you
were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
This citation is issued 8TH day of JANUARY, 2008, under my hand and seal of said Court.

SHERRY GRIFFIS, DISTRICT CLERK
HARRISON COUNTY, TEXAS
Harrison County Courthouse
Marshall, Texas 75670

SEAL

BY_____
DEPUTY

Issued at the request of
BRADLEY T STEELE
P. O. DRAWER 2909
LONGVIEW, TEXAS 75606

## OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock __ .m , on the _____ day of _____, 20__
Executed at _____ in _____ County at ____ o'clock __ m
on the _____ day of _____, 20__, by delivering to _____
defendant, in person, a true copy of this citation together with the accompanying copy of the petition
attached thereto and I endorsed on said copy of the citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, 20__
Fee $_____

_____
affiant

_____ of _____County, Texas
by_____deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing
return, personally appeared. After being duly sworn, he/she stated that this citation was executed by him/her in the exact
manner recited on the return.
SWORN TO AND SUBSCRIBED BEFORE ME ON _____, 20__.

_____
Notary Public

CAUSE NO. 08-0023

IN THE 71ST JUDICIAL DISTRICT COURT
OF HARRISON COUNTY, TEXAS

PLAINTIFF: CLARA PATTON, IND. AND ON BEHALF OF THE
ESTATE OF LAURA PATTON, DECEASED, ET AL

VS.



DEFENDANT: INVACARE CORPORATION, PRAXAIR HEALTHCARE
SERVICES, INC., ET AL

## CITATION

TO: THE SHERIFF OR ANY CONSTABLE OF TEXAS
OR ANY OTHER AUTHORIZED PERSON

THE STATE OF TEXAS
COUNTY OF HARRISON

TO: SPIRIT HOMES, INC.
THE CORPORATION COMPANY
425 WEST CAPITAL AVENUE, SUITE 1700
LITTLE ROCK, ARKANSAS 72201
BY SERVING THE SECRETARY OF STATE
CITATIONS UNIT
P. O. BOX 12079
AUSTIN, TEXAS 78711-2079

Attached is a copy of PLAINTIFFS' ORIGINIAL PETITION This instrument was filed on the 7TH day of JANUARY, 2008, in the above cited cause number and court  The instrument attached describes the claim against you
You have been sued  You may employ an attorney  If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a m  on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you

TO OFFICER SERVING:
This citation is issued 8TH day of JANUARY, 2008, under my hand and seal of said Court.

SHERRY GRIFFIS, DISTRICT CLERK
HARRISON COUNTY, TEXAS
Harrison County Courthouse
Marshall, Texas 75670

SEAL

BY_____
DEPUTY

Issued at the request of
BRADLEY T STEELE
P. O DRAWER 2909
LONGVIEW, TEXAS 75606

---

## OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___ m., on the _____ day of _____, 20___.
Executed at _____ in _____ County at _____ o'clock ___ m.
on the _____ day of _____, 20___, by delivering to _____
defendant, in person, a true copy of this citation together with the accompanying copy of the petition attached thereto and I endorsed on said copy of the citation the date of delivery
To certify which I affix my hand officially this _____ day of _____, 20___.
Fee $_____

_____ of _____ County, Texas
by_____deputy

_____
affiant

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared  After being duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.
SWORN TO AND SUBSCRIBED BEFORE ME ON _____ 20___

_____
Notary Public

CAUSE NO. 08-0023

IN THE 71ST JUDICIAL DISTRICT COURT
OF HARRISON COUNTY, TEXAS

PLAINTIFF: CLARA PATTON, IND. AND ON BEHALF OF THE
ESTATE OF LAURA PATTON, DECEASED, ET AL

VS.

**COPY**

DEFENDANT: INVACARE CORPORATION, PRAXAIR HEALTHCARE
SERVICES, INC., ET AL

## CITATION

TO: THE SHERIFF OR ANY CONSTABLE OF TEXAS
OR ANY OTHER AUTHORIZED PERSON

THE STATE OF TEXAS
COUNTY OF HARRISON

TO: **PATRICIA GRIFFIN**
**D/B/A DISCOUNT HOMES**
**P. O. BOX 114**
**MAGNOLIA, TEXAS 77353-0114**

Attached is a copy of PLAINTIFFS' ORIGINIAL PETITION This instrument was filed on the 7TH day of JANUARY, 2008, in the above cited cause number and court. The instrument attached describes the claim against you.
You have been sued You may employ an attorney If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you
TO OFFICER SERVING:
This citation is issued 8TH day of JANUARY, 2008, under my hand and seal of said Court.

SHERRY GRIFFIS, DISTRICT CLERK
HARRISON COUNTY, TEXAS
Harrison County Courthouse
Marshall, Texas 75670

SEAL

BY_____
DEPUTY

Issued at the request of
BRADLEY T STEELE
P. O DRAWER 2909
LONGVIEW, TEXAS 75606

---

### OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___ m , on the _____ day of _____, 20___.
Executed at _____ in _____ County at _____ o'clock ___ m
on the _____ day of _____, 20___, by delivering to _____
defendant, in person, a true copy of this citation together with the accompanying copy of the petition attached thereto and I endorsed on said copy of the citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, 20___.
Fee $_____

_____
affiant

_____ of _____ County, Texas
by_____ deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared After being duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.
SWORN TO AND SUBSCRIBED BEFORE ME ON _____, 20___.

_____
Notary Public